UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>                        Appellants, <br><br> -v.- <br><br> VOYAGER DIGITAL HOLDINGS, INC., et al., <br><br>                        Appellees. | 23 Civ. 02171 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of Appellants' emergency motion for a stay.  ECF No. 3.  A conference is hereby scheduled in this matter for March 19, 2023 at 9:00 PM.  The conference may be accessed by dialing 646-453-4442 and entering Conference ID: 389 535 754#.

SO ORDERED.

Dated: March 19, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge