**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 23-cv-2171 |
| | 22-bk-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| | *ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK* |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the undersigned respectfully enters her appearance as counsel of record in the above-captioned action for Appellee Voyager Digital Holdings, Inc., and requests that all subsequent papers be served upon her at the address indicated below.

March 20, 2023
New York, New York

/s/ Lamina Bowen
Lamina Bowen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Lamina.bowen@kirkland.com