IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: <br><br> VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-cv-2171 <br> 22-bk-10943 (MEW) <br><br> (Jointly Administered) <br><br> ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

## DEBTORS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Debtor Voyager Digital Holdings, Inc. states that Debtor Voyager Digital Ltd. holds 100% of its equity interests; Debtor Voyager Digital, LLC states that Debtor Voyager Digital Holdings, Inc. holds 100% of its equity interests; and Debtor Voyager Digital Ltd. states that it does not have a parent corporation, nor does any publicly held corporation own 10% or more of its equity interests.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| | |
|---|---|
| March 20, 2023<br>New York, New York | /s/ Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (*pro hac vice* pending)<br>Lamina Bowen<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:<br> jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br>lamina.bowen@kirkland.com<br><br>Michael B. Slade (*pro hac vice* pending)<br>Richard U.S. Howell, P.C. (*pro hac vice* pending)<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Fascimile:  (312) 862-2200<br>Email:<br>mslade@kirkland.com<br>rhowell@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |