Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Lamina Bowen
Allyson B. Smith (*pro hac vice* forthcoming)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael B. Slade (*pro hac vice* forthcoming)
Richard U.S. Howell (*pro hac vice* forthcoming)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-cv-2171 |
| | ) | 22-bk-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES BANKRUPTCY COURT |
| | ) | FOR THE SOUTHERN DISTRICT |
| | ) | OF NEW YORK |

**DECLARATION OF LAMINA BOWEN IN SUPPORT OF THE
DEBTORS' RESPONSE IN OPPOSITION TO THE GOVERNMENT'S EMERGENCY
MOTION FOR A STAY PENDING APPEAL**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

I, Lamina Bowen, pursuant to 28 U.S.C. § 1746 and Rule 1.9 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules") and Rule 8013(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") hereby declare as follows:

1. I am the Managing Attorney in the New York Office of Kirkland & Ellis LLP and an attorney for the appellees, Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC (the "Debtors"), in the above-captioned case.

2. I submit this declaration in support of the Debtors' Response in Opposition to the Emergency Motion for Stay Pending Appeal, filed jointly by the United States Attorney for the Southern District of New York (the "USAO") and the United States Trustee for Region 2 (the "U.S. Trustee" and together with the USAO the "Government"). (Dkt. No. 3.)

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 863.)

4. Attached hereto as **Exhibit 2** is the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bankr. Dkt. No. 1166-1.)

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 1108.)

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Declaration of Timothy R. Pohl, Independent Director and Member of the Special Committee of the Board of*

*Directors of Voyager Digital, LLC, in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 1111.)

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Declaration of Brian Tichenor in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 1113.)

8. Attached hereto as **Exhibit 6** is a true and correct copy of the *Declaration of Mark A. Renzi in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 1119.)

9. Attached hereto as **Exhibit 7** is a true and correct copy of the *Amended Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 1127.)

10. Attached hereto as **Exhibit 8** is a true and correct copy of the transcript from the confirmation hearing held on March 2, 2023.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript from the confirmation hearing held on March 6, 2023.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the *Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*. (Bank. Dkt. No. 1166.)

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Bankruptcy Court's *Decision Regarding (1) Approval of the Debtors' Disclosure Statement, (2) Confirmation of the Debtors' Plan of Reorganization, (3) Motions Seeking the Appointment of a Trustee, (4) Motions Requesting Full Customer Access to Account Holdings, and (5) Related Matters*. (Bank. Dkt. No. 1170.)

Pursuant to 28 U.S.C. § 1746, I declare until penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       March 20, 2023                                           /s/ *Lamina Bowen*
                                                                 Lamina Bowen