Darren Azman
Joseph B. Evans
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:     (212) 547-5400
Facsimile:     (212) 547-5444

Charles R. Gibbs (*pro hac vice* forthcoming)
Grayson Williams (*pro hac vice* forthcoming)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street
Dallas, Texas 75201-1664
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098

Gregg Steinmann (*pro hac vice* forthcoming)
**MCDERMOTT WILL & EMERY LLP**
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131-2184
Telephone:     (305) 329-4473
Facsimile:     (305) 503-8805

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-cv-2171 (JHR) |
| | ) | 22-bk-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES BANKRUPTCY COURT |
| | ) | FOR THE SOUTHERN DISTRICT |
| | ) | OF NEW YORK |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR**
**LEAVE TO INTERVENE IN APPEAL**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

The Official Committee of Unsecured Creditors (the "Committee") of Voyager Digital Holdings, Inc., *et al.* (collectively, the "Debtors") by and through its undersigned counsel, hereby moves this Court for entry of a proposed order, attached hereto as **Exhibit A** (the "Proposed Order") granting the Committee intervenor status in this pending appeal. The facts and legal basis in support of granting the Committee intervenor status are set forth in the accompanying memorandum of law, titled *The Official Committee of Unsecured Creditors' Memorandum in Support of Its Motion for Leave to Intervene in Appeal* (the "Memorandum").

WHEREFORE, for the reasons set forth in the accompanying Memorandum and pursuant to Fed. R. Civ. P. 24 and Fed. R. Bankr. P. 8013(g), the Committee requests that the Court enter an order permitting its intervention in the above appeal.

Dated:   New York, New York
         March 20, 2023

MCDERMOTT WILL & EMERY LLP

*/s/ Darren Azman*
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
E-mail: jbevans@mwe.com

and

Charles R. Gibbs (*pro hac vice* forthcoming)
Grayson Williams (*pro hac vice* forthcoming)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: crgibbs@mwe.com
E-mail: gwilliams@mwe.com

and

Gregg Steinman (*pro hac vice* forthcoming)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805
E-mail: gsteinman@mwe.com

*Counsel to the Official Committee*
*of Unsecured Creditors of*
*Voyager Digital Holdings, Inc., et al*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic mail on all counsel of record.

*/s/ Darren Azman*

Darren Azman