**Exhibit A**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] ) | Case No. 23-cv-2171 (JHR) |
| ) | 22-bk-10943 (MEW) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | ON APPEAL FROM THE UNITED |
| ) | STATES BANKRUPTCY COURT |
| ) | FOR THE SOUTHERN DISTRICT |
| ) | OF NEW YORK |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR LEAVE TO INTERVENE IN APPEAL**

Upon consideration of the Committee's Motion and Memorandum for entry of an order (this "Order") pursuant to Rule 24 of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 8013(g) of the Federal Rules of Bankruptcy Procedure, and the arguments contained therein, it is **HEREBY ORDERED THAT** the Motion is **GRANTED** as set forth herein and the Committee is authorized to intervene in this Appeal.

Dated: New York, New York
            , 2023             THE HONORABLE UNITED STATES
                                JUDGE JENNIFER H. REARDON

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.