Darren Azman
Joseph B. Evans
**McDermott Will & Emery LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:      (212) 547-5400
Facsimile:       (212) 547-5444

Charles R. Gibbs (*pro hac vice* forthcoming)
Grayson Williams (*pro hac vice* forthcoming)
**McDermott Will & Emery LLP**
2501 North Harwood Street
Dallas, Texas 75201-1664
Telephone:      (214) 295-8000
Facsimile:       (972) 232-3098

Gregg Steinmann (*pro hac vice* forthcoming)
**McDermott Will & Emery LLP**
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131-2184
Telephone:      (305) 329-4473
Facsimile:       (305) 503-8805

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 23-cv-2171 (JHR) 22-bk-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**DECLARATION OF JOSEPH B. EVANS IN SUPPORT OF THE**
**OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO APPELLANTS' MOTION FOR STAY PENDING APPEAL**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

I, Joseph B. Evans, hereby declare pursuant to section 1746 of title 28 of the United States Code:

1.      I am a partner at McDermott Will & Emery LLP. I am an attorney in good standing of the bar in the State of New York and the bars of the United States District Courts for the Southern and Eastern Districts of New York. I submit this declaration (this "Declaration")[2] in support of the *Opposition of the Official Committee of Unsecured Creditors to Appellants' Motion for Stay Pending Appeal* (the "UCC Opposition").

2.      Attached as **Exhibit 1** is a true copy of the *Decision and Order Denying the Government's Motion for a Stay of the Confirmation Order Pending Appeal* [Bankr. Docket No. 1190] (the "Stay Decision").

3.      Attached as **Exhibit 2** is a true copy of the transcript of the hearing in the Bankruptcy Court on March 15, 2023 regarding the Government's Original Stay Motion.

4.      Attached as **Exhibit 3** is a true copy of the *Decision Regarding (1) Approval of the Debtors' Disclosure Statement, (2) Confirmation of the Debtors' Plan of Reorganization, (3) Motions Seeking the Appointment of a Trustee, (4) Motions Requesting Full Customer Access to Account Holdings, and (5) Related Matters* [Bankr. Docket No. 1170] (the "Confirmation Decision").

5.      Attached as **Exhibit 4** is a true copy of the *Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Bankr. Docket No. 1166] (the "Confirmation Order").

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the UCC Opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York          **MCDERMOTT WILL & EMERY LLP**
        March 20, 2023

                                    */s/ Joseph B. Evans*
                                    Joseph B. Evans
                                    One Vanderbilt Avenue
                                    New York, NY 10017-3852
                                    Telephone: (212) 547-5400
                                    Facsimile: (212) 547-5444
                                    E-mail: jbevans@mwe.com

                                    *Counsel to the Official*
                                    *Committee of Unsecured Creditors*