**<u>EXHIBIT 2</u>**

Hearing Transcript (March 15, 2023)

```
 1    UNITED STATES BANKRUPTCY COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    Case No. 22-10943

 4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5    In the Matter of:

 6

 7    Voyager Digital Holdings, Inc.

 8

 9          Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                  United States Bankruptcy Court

12                  One Bowling Green

13                  New York, NY  10004

14

15                  March 15, 2023

16                  2:03 PM

17

18

19

20

21    B E F O R E :

22    HON MICHAEL E. WILES

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:  KAREN
```

Page 2

1    HEARING re Motion for Stay Pending Appeal

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:   Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :

 2

 3   TAFT LAW

 4        Attorney for Jason Raznick

 5        27777 Franklin Road

 6        Southfield, MI 48034

 7

 8   BY:  PAUL HAGE

 9

10   UNITED STATES DEPARTMENT OF JUSTICE

11        Attorneys for the U.S. Trustee

12        1100 L Street NW

13        Washington, D.C. 20530

14

15   BY:  MARGARET NEWELL

16

17   UNITED STATES DEPARTMENT OF JUSTICE

18        Attorneys for the U.S. Trustee

19        Alexander Hamilton Custom House

20        New York, NY 10004

21

22   BY:  ANNIE WELLS

23

24

25
```

Page 4

```
 1    UNITED STATES DEPARTMENT OF JUSTICE

 2          Attorneys for the U.S. Trustee

 3          201 Varick Street

 4          New York, NY 10014

 5

 6    BY:  ANDREW VELEZ-RIVERA

 7          MARK BRUH

 8          RICHARD MORRISSEY

 9

10    LATHAM & WATKINS

11          Attorneys for BAM Trading Services, Inc. d/b/a Binance

12          885 Third Avenue

13          New York, NY 10022

14

15    BY:  ADAM GOLDBERG

16          ROBERT MALIONEK

17          NACIF TAOUSSE

18

19

20

21

22

23

24

25
```

Page 5

```
 1    KIRKLAND & ELLIS LLP

 2         Attorneys for Voyager Digital Holdings, Inc.

 3         601 Lexington Avenue

 4         New York, NY 10022

 5

 6    BY:  CHRISTINE OKIKE

 7         ALLYSON SMITH

 8

 9    KIRKLAND & ELLIS LLP

10         Attorneys for Voyager Digital Holdings, Inc.

11         300 North LaSalle

12         Chicago, IL 60625

13

14    BY:  MICHAEL SLADE

15

16    MCDERMOTT WILL & EMERY

17         Attorneys for the Official Committee of Unsecured

18         Creditors of Voyager Digital Holdings, Inc.

19         2501 North Harwood Street, Suite 1900

20         Dallas, TX 75201

21

22    BY:  GRAYSON WILLIAMS

23         DARREN AZMAN

24         MARIS KANDESTIN

25         JOSEPH EVANS
```

Page 6

1   LISA PROVINO

2        Pro Se Creditor

3

4   AW JO

5        Pro Se Creditor

6

7   GINA DIRESTA

8        Pro Se Creditor

9

10  SJ JONES

11       Pro Se Creditor

12

13  JON WARREN

14       Pro Se Creditor

15

16  ALSO PRESENT:

17  DUSTIN PETERSON

18  MICHELLE DIVITA

19  TAYLOR HARRISON

20  LISANDRA AVILA

21  JASON RAZNICK

22  SARAH KIMMER

23  THERESE SCHEUER

24  ETHAN TROTZ

25  JEFF GLEIT

Page 7

1   STEPHANIE MURRAY

2   PAUL CHAN

3   STEVEN CHURCH

4   MIKE SAMARI

5   MIKE LEGGE

6   PAWEL SAWICKI

7   HEATH MENDELSOHN

8   DAN NEWSOM

9   KATHERINE SCHERLING

10  RYAN CHEN

11  MATTHEW CHERRY

12  SUSAN GOLDEN

13  MICHAEL MAGZAMEN

14  NEVILLE PATTERSON

15  JACOB HIRSHMAN

16  ANDREA B. SCHWARTZ

17  SHARA CORNELL

18  LINDA RIFFKIN

19  MARSHALL EISLER

20  EMILY KEIL

21

22

23

24

25

1                   P R O C E E D I N G S

2            MR. FOGELMAN:  Your Honor, good afternoon again.

3   This is Larry Fogelman, and the Government is ready to

4   proceed.  There are others in the courtroom who can identify

5   themselves.

6            MR. MORRISSEY:  Good afternoon, Your Honor.

7   Richard Morrissey for the Trustee.  I am also in the

8   courtroom.

9            MS. SCHWARTZ:  And, Your Honor, Andrea Schwartz

10  with the U.S. Trustee in the courtroom and are on listen

11  only.

12           THE COURT:  Okay, very good.  Once again, I

13  apologize.  This is entirely my fault for the confusion

14  about how this would be conducted.  But I just realized I

15  wasn't going to be able to absorb everything last night and

16  would have to spend the morning doing so and didn't want to

17  use the time to commute.

18           I've read the Government's papers, I've read the

19  Debtor's and Committee's papers, and I have some questions

20  before I hear anything further.

21           Number one, Mr. Slade, in the original proposed

22  confirmation order that was filed on February 28th, there

23  was a paragraph that said that the exculpation would not

24  provide -- not apply to the Government.  Now, I never saw

25  such a limitation in the plan itself.  And obviously you've

1    changed that approach more than 180 degrees, I would say, in

2    the next version of the confirmation order that you filed

3    two days later.  Where did that original provision come

4    from?  Did you have negotiations with the Government and

5    initially agree to include that?

6         MR. SLADE:  There were a lot of negotiations

7    between us and the Government, Your Honor.  I can't remember

8    which version that you are speaking of right now.  I do

9    recall having discussions with the Government and then

10   trying to have them clarify what they were trying to

11   preserve.  And then we had further discussions related to

12   the impact of the bar date, and we wanted to make sure that

13   we were clear that because the bar date order had been

14   entered and a number of the entities that were engaging with

15   us bout the plan had not filed claims, that nothing in the

16   plan or the confirmation order would eliminate whatever

17   rights that they lost by not filing the claim by the

18   governmental bar date.

19        And it was at that point in time when basically

20   based on their statements about what they might do in the

21   future, we determined that we needed to make clear that once

22   we actually implemented the plan, we were going to be able

23   to do so free from interference until and unless the

24   Government actually came out with substantive new rules that

25   we could follow going forward.  And that led to the language

1    that I think Your Honor pointed out was perhaps a little

2    overstated in the plan.  But there were a number of

3    negotiations with a number of different governmental

4    agencies, including Mr. Morrissey's office.  I don't recall

5    speaking with Mr. Fogelman until the confirmation hearing,

6    but we did speak with a number of different federal and

7    state agencies, and that led to different versions of the

8    exculpation plan being proposed.

9          THE COURT:  The language I have in mind is in

10   Paragraph 141 of the first proposed version of the

11   confirmation order that was filed on February 29th.  It was

12   at Docket Number 1120.  And it says, "Nor shall anything in

13   the confirmation order or the plan exculpate any such

14   party," referring to various people, "from any liability to

15   the United States or any of its agencies arising under the

16   Internal Revenue Code, the environmental laws, or any

17   similar criminal laws of the United States or under any

18   rules or regulations enforced by the United States."  That's

19   pretty much the end of the relevant language.

20          The Government kind of hinted yesterday that it

21   was taken aback or surprised by the exculpation that you

22   sought.  And I couldn't tell whether this was something you

23   had agreed to with the Government and that you had changed

24   your mind, whether it's an accident that it appeared in

25   there.  The limitation never appeared in the versions of the

1    plan that were filed.  So where did this language come from

2    and how is it that it got included and not immediately

3    withdrawn?

4           MR. SLADE:  I've got to be honest, I don't know

5    the answer to that question.  Maybe one of my colleagues on

6    the phone knows.  I was not involved in the negotiations

7    that led to that version of the confirmation order.

8           MS. SMITH:  Him, Your Honor.  It's Allyson Smith

9    at Kirkland.  The language had been negotiated with the FTC.

10   And that was why it was originally included.  But then as

11   Mr. Slade said, once it became clear that governments may

12   try to retroactively assert actions, we did do -- we did

13   pivot a bit.

14           THE COURT:  Okay.  All right.  Wasn't something

15   you negotiated with Mr. Morrissey or with the United States

16   Trustee or with the United States Attorney's Office?

17           MS. SMITH:  Not that I recall.

18           MR. MORRISSEY:  Your Honor, this is Richard

19   Morrissey.  I believe -- and Ms. Smith can correct me if I'm

20   wrong on this -- but I believe another intervening factor

21   that led to the change of the language during the hearing

22   was something that the Securities and Exchange Commission

23   counsel had said as well.  So I don't want to leave out any

24   of the agencies or parties involved.  So counsel to the

25   Debtors can confirm or deny that that might have played a

Page 12

```
 1    role in the fact that we were taken aback, again, by the

 2    change in the proposed order in Paragraph 141.

 3               THE COURT:  There's -- well, I don't think there's

 4    any question that you were taken aback by the breadth of

 5    what the Debtors proposed on March 2nd.  I'm not disputing

 6    that.  I'm just turning to that original provision and

 7    whether you were somehow taken aback by the whole idea that

 8    exculpation would apply to the government.  Because all of

 9    the filed versions of the plan had no exclusions for the

10    government.  It's just this one draft of the confirmation

11    order in which that language appeared and then taken out in

12    the next -- or certainly (indiscernible).

13               MR. SLADE:  Yeah.  I can confirm I don't think

14    anybody had any discussion with Mr. Fogelman or his group

15    before the confirmation hearing.  I'm not aware of any such

16    discussions.

17               MR. FOGELMAN:  Your Honor, I've been supervising

18    this case until quite recently, and now I'm more actively

19    involved in it.  I can tell you if the FTC negotiated for

20    that language, the FTC is part of the United States and

21    certainly inured to our benefit.  We became more involved in

22    the case -- look, earlier in this case, we had just filed a

23    notice on behalf of CFIUS.  And my colleague, J.D. Barnea,

24    was the primary attorney working on the case at that time.

25               And that said, again, that the FTC asked for it
```

1   and it was included inure to our benefit.  And we became

2   very involved, again, when we saw that that language had

3   been stricken because that was a substantial concern to us,

4   Your Honor.

5            THE COURT:  Well, you did nothing until after --

6   none of -- this language wasn't even on file until after the

7   objection deadline.  Nice try to kind of put everybody and

8   the Government in the same boat, but I'm not going to accept

9   the idea that you, the U.S. Attorneys Office, or the Justice

10  Department somehow knew -- even knew or were relying on any

11  of the discussions with the FTC, which apparently doesn't

12  have any problem with what I've done.

13           MR. FOGELMAN:  I'm not asserting, Your Honor, that

14  the Government had been directly involved in those

15  negotiations.  Those are what they are.  But at the end of

16  the day, the Debtors put in an illegal provision in the

17  confirmation order that substantially prejudices the United

18  States that was not there the day that the confirmation

19  hearing started.  And it was removed -- that protection for

20  the Government was removed.  And we think that is absolutely

21  wrong.  Even in the Aegean case, which this Court has relied

22  on, which the Debtors have relied on, the government had a

23  carveout from exculpation that we quoted in our brief.

24           THE COURT:  But there was no such carveout in any

25  of the versions of the plan that were on file, to which you

1    didn't object.  And there hasn't been such a carveout in

2    many of the bankruptcy cases, which you know.

3            And so you say these things as though the whole

4    idea that you are being subject to an exculpation came as a

5    surprise to you.  Nonsense.  It was there in the original

6    plan all along.

7            MR. FOGELMAN:  Well, Your Honor, perhaps we should

8    have raised it sooner.  I appreciate that point and I

9    certainly hear Your Honor on that.  But at the end of the

10   day, we did file an objection.  We had permission from the

11   Court to file it.  We raised the issue with the Court as

12   soon as it came up.  The day that that exculpation provision

13   -- sorry, the carveout from exculpation, the day that

14   language was withdrawn, we filed an immediate letter to the

15   Court alerting the Court to that concern.  We asked for

16   permission to brief that issue.  We received permission to

17   brief it, and we briefed it.  And I don't think the fact

18   that we perhaps could have asked for it sooner speaks in any

19   way to the merits here.

20           THE COURT:  Okay.  But you keep saying that as

21   though it was the removal of this carveout language that

22   prompted you to act whereas the carveout language didn't

23   even exist, there was no confirmation order or proposed

24   order on filed up to the time of the objection deadline.

25   And you said nothing.  And what actually prompted you to act

1   was not the removal of this language, but the more explicit

2   proposed additional language that the Debtor suggested,

3   which would have said -- which would have barred the

4   Government from ever contenting that anything that was done

5   was illegal in any way.  That's what kind of got you off of

6   your feet and made you file an objection, isn't it?

7           MR. FOGELMAN:  Your Honor, those two things

8   happened at the same time.  The carveout from exculpation

9   was removed on the same day, the first day of the

10  confirmation hearing that the --

11          THE COURT:  Here's what I'm trying to get at.  You

12  implied several times that you've got lack of notice and

13  that it was only because the qualifying language was removed

14  that you acted.  I think that's false.  I think you did

15  nothing and were doing nothing until the Debtors overreached

16  and asked for additional things on March 2nd.  I suspect you

17  didn't even know about this qualifying language.  That's

18  what I am asking you.

19          So tell me, did you actually know about this

20  language and were you relying on it?

21          MR. FOGELMAN:  I can't speak for what my

22  colleagues who have been handling this case knew and when he

23  knew it.  I don't dispute, Your Honor, that we have had

24  notice of this case and that we did file a notice for CFIUS.

25  And so to the extent that the Court is asking if we are

1    aware, I think, yes, we were certainly aware of all of the

2    filings that have happened INTERPRETER: his case.  And as

3    Your Honor said, we perhaps should have acted quicker and

4    asked for more affirmative language in this case.  We

5    didn't.  But there was language that was negotiated by

6    another federal entity.  And so I don't dispute, Your Honor,

7    that we were fully aware of this case and the various

8    filings in it.  And I think -- you know, I certainly take

9    Your Honor's point that we did not raise an issue sooner.

10           THE COURT:  Okay.  So I'm not saying you're

11   foreclosed from making an argument.  I'm just saying that

12   your argument that somehow this was new to you, this entire

13   issue was new to you on March 2nd or that you had previously

14   been relying on what that confirmation order allegedly said,

15   you've suggested both those things, and I don't think

16   they're true.

17           MR. FOGELMAN:  Let me be clear, Your Honor.  I

18   don't think we were relying on any particular language in

19   advance of it being entered into the confirmation order.  We

20   didn't ask for it.  So I certainly agree with Your Honor on

21   that point.  It was the FTC -- and again, I was not

22   involved.  The FTC has independent litigating authority.  So

23   they did what they did.  So I just want to make sure that --

24   I want to be a hundred percent candid and clear with the

25   court.  I am not taking the position that we were relying on

```
1    any carveout from exculpation.  And I think Your Honor is
2    right that we certainly became focused and aggrieved by it
3    when we saw what had been removed and what had been inserted
4    on that same --
5              THE COURT:  No question.  I understand your
6    concerns about the language that the Debtors proposed.
7              MR. FOGELMAN:  Yes.
8              THE COURT:  I didn't give them what they proposed.
9    It was excessive.  It was overreaching.  I agree a hundred
10   percent.  And I agree that it went so far beyond what they
11   had originally proposed, that as to that language, you
12   didn't have proper notice.  I agree with all that.  But I
13   just --
14             MR. FOGELMAN:  And again, I just want to make sure
15   I'm candidly addressing Your Honor's concerns and being a
16   hundred percent forthright with Your Honor.  If you have any
17   further concerns along those lines, I would like to address
18   them right now.  Because certainly I'm not trying to imply
19   something that didn't happen.  And if in any way my language
20   may have conveyed that, I apologize.  I certainly did not
21   mean to do that.  And I'm happy to just make clear exactly
22   what we did and how we did it.  And I am not trying to
23   assert that --
24             THE COURT:  You have explicitly argued that you
25   didn't get sufficient notice.  And I just don't see it.
```

1              MR. FOGELMAN:  Well, I think if they were going to

2    remove that exculpation carveout that was in the

3    confirmation order, they should have told us that before the

4    confirmation hearing.  And it prejudiced our ability to

5    prepare papers and to object to the plan.

6              THE COURT:  But you didn't even know about the

7    carveout.  You just told me you didn't even know about it.

8    So how were you prejudiced?  It wasn't even a part of any

9    discussions with you.  You didn't know about it.

10             MR. FOGELMAN:  That's fair, Your Honor.  And when

11   they added the, again, aggressive language -- I became aware

12   of this when they took both steps on March 2nd.  They added

13   the very aggressive language and at the same time they

14   removed the carveout from the exculpation clause.  So

15   reviewing those two things together was what really

16   initiated the Government's more active involvement in this

17   case.

18             And we were prejudiced because if they had tried

19   to add that -- and I think maybe this is what Your Honor is

20   getting at.  Maybe it was the addition of the additional

21   language, the very aggressive language, where we felt

22   prejudiced.  Because had the Debtors told us at any time

23   before the confirmation hearing that that's what they

24   intended to seek, we would have had more time to prepare an

25   objection, to raise it with the Court in a timely manner,

```
 1    and to argue it.  And as it was, given that they did not

 2    propose that --

 3               THE COURT:  Except that it wasn't the confirmation

 4    order that made the proposal, it was the plan.  You were on

 5    notice from December of 2022 what the Debtors wanted.

 6               MR. FOGELMAN:  That's correct.  That's right.

 7               THE COURT:  From what you're telling me, you knew

 8    what the Debtors wanted.  You had no reason to think they

 9    were excluding the Government from the scope of that.  You

10    filed no objection.  They filed a first version of a

11    confirmation order that, unbeknownst to you, had a provision

12    in it that said it wouldn't apply to the Government, which

13    they withdrew two days later.  So that provision actually

14    had no effect on whether you objected, whether you had

15    notice of the objection, or anything.  Right?

16               MR. FOGELMAN:  Well, Your Honor, again, it was my

17    -- because I was not on the line, so to speak, I was not the

18    attorney immediately involved in reviewing filings and what

19    was going on.  I can't speak to what my colleague, Mr.

20    Barnea, what discussions he may have had or what he was

21    aware of and when.  I just don't know, Your Honor.

22               THE COURT:  There's an argument that you would

23    suffer potential irreparable harm without a stay because

24    your appeal might be rendered equitably moot.  I assume you

25    don't believe it would be rendered equitably moot, and you
```

1    would argue to the contrary.  Am I right about that?

2              MR. FOGELMAN:  We would argue to the contrary.

3    That's right, Your Honor.  But again, we are mindful of the

4    caselaw in the Second Circuit that has found equitable

5    mootness when even some number of steps have been taken in

6    furtherance of a plan.  And again, while we would dispute

7    that that is appliable, we are certainly mindful that there

8    is litigation risk on that point.  And if we're wrong, we

9    may be foreclosed from litigating the merits.

10             THE COURT:  So how do I quantify how much your

11   irreparable harm is when basically the only harm you've

12   identified is something that your official position is that

13   you wouldn't suffer?

14             MR. FOGELMAN:  Well, Your Honor, I don't think

15   that's entirely fair.  Because the other side would tell you

16   that they strongly believe that our -- any governmental

17   enforcement would be equitably mooted.

18             THE COURT:  I'm going to ask them their questions,

19   too.  Don't worry.

20             MR. FOGELMAN:  Okay.  Well, look, Your Honor,

21   here's what it is.  We don't think equitable mootness should

22   apply.  We might be wrong.  There's Second Circuit caselaw

23   out there that's not favorable to us.  We're very mindful of

24   that . And it's for that reason that we are acting

25   diligently to affect a stay of the confirmation order, or at

1    least this exculpation provision, so that we have a full and

2    fair opportunity to litigate it on the merits.  Because if

3    we are equitably mooted, then the Government would be

4    severely prejudiced from its ability to protect public

5    health, safety, and welfare by the exculpation provision.

6    And that is a substantial harm to the public.  No matter

7    what percentage you assign to what risk there is on

8    equitable mootness, when you multiply that by the

9    overwhelming and substantial harm to the public -- and no

10   matter how you calculate it, there is substantial harm

11   threatened to the Government if there is not a stay that's

12   granted.

13           THE COURT:  Why?  You know, the Government hasn't

14   made up its mind whether there's anything wrong here.  That

15   much is clear.  The instant it makes up its mind that it

16   thinks there's something wrong, it can take action to stop

17   it.  And the only thing -- the only thing that my order

18   does, notwithstanding your motion, by the way, which if you

19   read it, you would have no idea what I had actually done.

20   But the only thing my order actually does is say that in the

21   meantime, the people who are doing what I am actually

22   ordering them to do are not incurring liabilities to you for

23   having done so.  So how am I threatening the public health

24   or safety by doing that?

25           MR. FOGELMAN:  Your Honor --

Page 22

```
 1            THE COURT:  All I'm doing is protecting people who
 2    have to do things at a time when, quite frankly, the
 3    Government can't make up its mind.  That's all I'm doing.
 4            MR. FOGELMAN:  I don't think that's a fair
 5    characterization, Your Honor.  First of all, we did
 6    specifically address Your Honor's point in that regard by
 7    saying that when government's regulators act, it's a rare
 8    case when they act prospectively.  Much more commonly,
 9    crimes happen, civil violations happen, regulatory
10    violations happen.  And Congress has defined how long the
11    Government has to investigate the facts of those violations
12    and to pursue whatever claims or violations may have
13    occurred.
14            And so Congress has determined that.  We don't
15    think it appropriate for the Court to say (indiscernible)
16    Congress said about how long the Government has to
17    investigate.  There is a financial deal happening in this
18    bankruptcy court which did not start until December.  And
19    now the plan that was confirmed in the beginning of March.
20    So we're talking at most four months, maybe slightly over
21    three months.  I mean, for the Court to say if the
22    Government has any problem with this deal, you must come
23    forward or forever hold your peace, it's just not what
24    Congress authorized, Your Honor.
25            THE COURT:  I have not said any such thing.  And
```

1    once again, you prefer to argue in terms of hyperbole

2    instead of in terms of what I have actually done.  I have

3    never said that the Government should forever hold its

4    peace.  I don't know how I could have been any clearer in my

5    decision and in the language of the order itself to the

6    effect that the instant the Government wants to make any

7    contention here, it is free to do it, and no contention is

8    foreclosed.  I have only done one thing.

9            Let's take for example the sales of

10   cryptocurrencies.  All right?  The plan requires the Debtors

11   to rebalance their portfolios because they can't otherwise

12   make the distributions.  And that means purchases and sales

13   of cryptocurrencies.  In fact, there is no conceivable way

14   that the Debtors in these cases can be liquidated except by

15   selling cryptocurrencies because that's the only asset they

16   have.

17           Now, the SEC raised some issue as to whether VGX

18   had aspects of the security but was unwilling or unable to

19   take a position as to whether it is a security.  So let's

20   say that the Debtors sell cryptocurrencies, including VGX or

21   buy them as part of the rebalancing over the next six weeks.

22   And then the Government finally decides that for whatever

23   reason it thinks that maybe some of those cryptocurrencies

24   should be treated as securities or maybe VGX should be

25   treated as a security.  What public health or safety issue

Page 24

1    am I impinging on by saying that the people who actually did

2    those sales in the meantime under the authority of my order

3    and under the direction of my confirmation order can't be

4    held liable on an ex post facto basis for having done so and

5    what limitation on your protection of the public interest am

6    I imposing by that limited restraint?

7              MR. FOGELMAN:  With respect, Your Honor, I

8    understand the Court intended to narrow the order and did

9    provide the additional ability for the Government to go into

10   court at a later date if it determined something was wrong

11   and to seek injunctive or other relief at that time.

12             But the problem with that order is that it

13   insulates conduct that's occurring over the six-week period.

14   And the order is quite broad in its language about

15   everything that is essentially released during that time

16   period.

17             So, for example -- and to answer Your Honor's

18   hypothetical, let's say that crimes are committed or civil

19   violations or regulatory violations in the process of

20   distributing funds to customers.  It's certainly conceivable

21   that --

22             THE COURT:  You don't seriously think -- look, I

23   made quite clear in what I said that the basis for the order

24   is that people are required by the plan to do certain

25   things, and that's what they're being exculpated from.  They

Page 25

1    are required to transfer cryptocurrencies.  So if you think

2    that the very transfer of cryptocurrency is the problem,

3    they'll be protected.  But there's nothing in the plan or in

4    my order that requires or authorizes them to commit theft,

5    to lie to people in the course of buying or selling

6    cryptocurrencies, or to commit fraud.  And you're making

7    things up by arguing that I have supposedly insulated them

8    from things like that, because you know that I haven't, and

9    you don't think that I have.  You -- what you want to do is

10   to protect and to allow the Government to say that the very

11   things, the very act of trading in these cryptocurrencies or

12   the very distribution of these cryptocurrencies might

13   violate some other federal law.  You want to reserve the

14   right to argue that, the very thing that the confirmation

15   order requires.  And all the rest of this is made up.  You

16   know I'm not authorizing those things, and know that nobody

17   would be able to interpret my order as authorizing those

18   other things.

19            MR. FOGELMAN:  So I think that the order may have

20   unintended consequences.  But let me address the heart of

21   what Your Honor has said, is that the act itself -- you

22   know, you're concerned that the Government would come back

23   and say that the act of the distribution itself is illegal,

24   or a civil violation, or a criminal violation.  My response

25   to that is while it's certainly conceivable that that could

```
 1    happen, and I don't think this Court has the power to tell

 2    the Government that it can't do that, I mean, certainly one

 3    would expect any party subject to such an action to go into

 4    court and hold up your confirmation order and say, Your

 5    Honor, this was explicitly allowed by the bankruptcy court.

 6    The bk court made a finding that we acted in good faith.  I

 7    mean, it's a hypothetical to say that the Government would

 8    actually go in and take that position in the face of this

 9    record and in the face of the findings of fact that this

10    Court made --

11              THE COURT:  If you say that's a hypothetical, then

12    you're also necessarily saying that your entire irreparable

13    harm argument is in hypothetical.

14              MR. FOGELMAN:  Well, look, Your Honor, the problem

15    is --

16              THE COURT:  You can't have it both ways.

17              MR. FOGELMAN:  Your Honor, the point is we don't

18    know  whether there will be civil or criminal violations

19    that are committed.  But -- and that's we think ultimately

20    to the extent that the parties -- if anyone is charged or

21    sued civilly, they would be able to raise whatever

22    affirmative defenses they can along the lines of what Your

23    Honor has in mind.  And that is in cases under the only

24    provision dealing with exculpation, 1125(e), that's how

25    courts have handled it.  They've said, well, this is an
```

Page 27

1    affirmative defense.  And that's entirely appropriate.  And,

2    frankly, we're very mindful that anyone would be able to

3    raise the types of defenses that Your Honor has said.

4            But the problem, Your Honor -- and I know you

5    think it's academic or perhaps we're just reading into this.

6    But the exculpation order is so broad and so capacious that

7    it would include things -- and from my reading of it, if the

8    distribution agent doesn't protect customer privacy

9    information and disclose it, or if the distribution agent

10   negligently loses customer money, or if in the course of

11   performing the "restructuring transactions" there are tax

12   violations which don't require actual fraud, willful

13   misconduct, or gross negligence.  There could be KYC

14   violations.  There could be anti-money laundering

15   violations.

16           Now again, of course Your Honor did not have that

17   in mind.  And I fully understand that this Court is not

18   intending to insulate any such conduct.  But I think the

19   order by the nature of it is written so broadly to exclude

20   anyone from liability relating to these restructuring

21   transactions as long as there's no willful misconduct, gross

22   negligence, or actual fraud.  And the list of things that

23   come under that -- that may not be captured -- sorry.  The

24   list of government actions that may be prevented by that

25   language is substantial.  And that is a real and genuine

```
 1    harm.  It's not speculative that this order would be in

 2    force whenever the confirmation order goes effective that

 3    says the Government can't do these things.

 4            Now, I don't have a crystal ball.  I don't know

 5    what's going to happen in the future.  I don't know how the

 6    parties are going to act in following out the restructuring.

 7    But to the extent all they're doing is following Your

 8    Honor's literal instructions, I'm certainly appreciative

 9    that they're doing that and following Your Honor's

10    instructions and acting, as the Court found, in good faith.

11    And I fully expect that should there be any type of civil,

12    criminal, or regulatory violation resulting from that, that

13    those are the defenses, the affirmative defenses that would

14    be raised.

15            But what the Court doesn't have the authority to

16    do is to in advance, before we know any facts to release it

17    -- so just one more example, Your Honor.  In the context of

18    -- if you think about an example where a federal district

19    judge is sued who may have absolute immunity from liability.

20    There's caselaw on that, absolute immunity for judges.  Even

21    they are not entitled to a release from suit.  There may be

22    facts that pertain to the defense of whether absolute

23    immunity is appropriate given whatever the facts and

24    circumstances are.  And so to here, Your Honor.

25            Again, I fully appreciate what Your Honor is
```

Page 29

1    trying to do.  I'm not disputing that.  I'm just saying that

2    the appropriate mechanism to do that is by the party raising

3    a procedural defense, an affirmative defense to say, hey,

4    you can't pursue me for this because the court already found

5    that I was acting in good faith, the court found that

6    whatever findings of fact it made about the appropriateness

7    of the restructuring transactions.  And so -- well, I'll

8    leave it there.

9              THE COURT:  Okay.  You know, the decision that I

10   announced in court and then the written decision that I

11   followed up on, I thought I was very clear that I was

12   relying on authorities that were not third-party release

13   authorities at all and that instead were based on the idea

14   that people are entitled to protection when they are doing

15   not only what a court has authorized or not only what

16   they're doing in a quasi-official capacity, but what a court

17   has explicitly directed that they do.

18             And I cited additional authorities including the

19   Second Circuit's decision in Bradford Audio in the decision

20   that I filed on Saturday.  You've argued that you have a

21   likelihood of success on appeal.   You haven't discussed a

22   single one of the cases that I cited.  Not a single one.

23   Why is that?

24             MR. FOGELMAN:  I believe our brief did address

25   some of the cases in the decision.

```
 1              THE COURT:  I searched it, and it didn't discuss a
 2      single one of them.
 3              MR. FOGELMAN:  I'm just trying to find the cites
 4      for Your Honor if you bear with me a moment.
 5              THE COURT:  I had cited the Aerodyne case, the
 6      Granite Broad. Corp. case, the Latam case, the Murray
 7      Metallurgical, Ditech.  And then in my written decision, the
 8      Bradford Audio decision, Dana Commercial Credit Corp.,
 9      Bullion, Phoenician Mediterranean Villa, and In re XRX.  And
10      also the T&W Investment Company v. Kurtz case.  I cited all
11      of those.
12              MR. FOGELMAN:  Your Honor, in Paragraph
13      (indiscernible) of our brief, we did address that none of
14      the cases cited in the decision addressed governmental
15      enforcement actions, let alone criminal actions.  And so we
16      did -- we didn't address particular cases.  I think it's
17      because the -- the reason we're likely to prevail on the
18      merits is that at the end of the day, there is absolutely no
19      congressional authority for the relief that was given.  I
20      don't think there was a citation.  The only statute Your
21      Honor cited that gives -- that Your Honor said gives it the
22      authority to give this kind of exculpation was 1142(a).
23      1142(a) said that the Debtor and any entity organized or to
24      be organized --
25              THE COURT:  I understand.  But you're kind of
```

1   carving my justification in half when you say that.  What I

2   said was the authority was the fact that I was ordering

3   something and parties, by virtue of 1142(a), would have to

4   do what I had approved and ordered in the confirmation order

5   and under these other authorities that I cited it was

6   appropriate that in doing so, they have the security that,

7   as I put it, I am not sentencing them to incur personal

8   liabilities and to subject themselves to kind of a belated

9   argument that what I had told them to do was somehow

10  illegal.

11          MR. FOGELMAN:  I understand that, Your Honor.  And

12  I would say that I believe those cases address affirmative

13  defenses of qualified immunity.  Again, affirmative

14  defenses, not releases provided in advance.  And I

15  understand that is a procedural difference, but it's a

16  procedural difference that has substantial import for the

17  Government.  We don't dispute that people should be able to

18  raise any affirmative defense from -- exactly from what Your

19  Honor said, from carrying out the plan and complying with --

20          THE COURT:  So if my order -- if my order had said

21  exactly the same thing as it said -- so if the proviso that

22  begins in the first paragraph that says to the fullest

23  extent permissible under applicable law.  You know, so it

24  was quite clear that, you know, was something that applied

25  to each paragraph, what would your problem be?

1          MR. FOGELMAN:  I think it still implies that there

2     is a release that is appropriate and that can be given and

3     that the Court it sounds like is very much intending to

4     give.  And again, my concern and the Government's concern is

5     that there's no statutory authority to grant a release.  The

6     cases that Your Honor cited deal with affirmative defenses

7     that could be raised.  Your Honor didn't say parties can

8     raise any affirmative defenses based on following my orders.

9     The Court instead said the government was released from

10    anything to do with --

11          THE COURT:  Let's focus very specifically on the

12    very fact, the mere fact of doing rebalancing transactions

13    and distributing cryptocurrency.

14          MR. FOGELMAN:  Okay.

15          THE COURT:  Are you saying that parties should not

16    be exculpated just for doing those things and that you

17    should have the right to punish them later for claiming that

18    just those things, for example, are violations of securities

19    laws?  Is that what you're contending?

20          MR. FOGELMAN:  So let me be clear.  My contention

21    is that there is no entitlement to a release for the

22    Government enforcing the law, and that the Government has

23    the time that Congress gave under whatever applicable

24    statute of limitation there is to evaluate if a transaction

25    is problematic and to take any regulatory or enforcement

1      steps that might be warranted.

2             However, I also am recognizing that, as Your Honor

3      has indicated, the parties are following the order of the

4      Court.  I am mindful of the fact-finding that the Court has

5      made that the parties have been acting in good faith.  And I

6      certainly anticipate that if anyone brought any kind of

7      action based on what the Court is directly ordering those

8      parties to do, that those parties would hold up the Court's

9      findings of fact, orders in the case, and say hey, what's

10     the Government doing here.  I fully appreciate that.

11            And so -- but where we have a substantial problem

12     and disagreement is the power of the Court to not just make

13     findings of fact and conclusions of law -- which, look,

14     courts deal with all the time in terms of res judicata,

15     collateral estoppel, and any other affirmative defenses that

16     might be applicable.  But to turn around and give what

17     really is in substance a third-party release or a release to

18     the Debtors who are liquidating and don't even get a

19     discharge for their future actions that haven't even

20     occurred yet or the government doesn't even know what

21     they're going to do or how they're going to do it, that's

22     the fundamental problem, Your Honor.

23            THE COURT:  Let me ask the Debtors.  Why do you

24     contend that an appeal here would be equitably moot if there

25     isn't a stay order?

```
 1              MR. SLADE:  I think it's equitably moot, Your

 2   Honor, under the caselaw precisely for the reasons that

 3   you've described.  Because we are acting under color of the

 4   Court's order.  And Mr. Fogelman's argument that we don't

 5   know what we're going to be doing, I mean, that's just

 6   wrong.  The transactions are described in detail in the

 7   plan, the confirmation order, and in the documents that we

 8   submitted that Your Honor authorized us to do.  So we are

 9   going to be doing that.  And so when we're on appeal if

10   they're challenging these same arguments, we are going to

11   say we are following the Court's order, we are doing exactly

12   what we told the world that we would do, and the Government

13   didn't object.  And for that precise reason, the exculpation

14   clause can't be stricken because the argument is equitably

15   moot.

16              For similar reasons that other confirmations have

17   been -- appeals have been dismissed on equitable mootness

18   grounds because parties are taking action and relies on the

19   Court's order, that's a traditional ground for a finding of

20   equitable mootness, and that's exactly the similar argument

21   that we are going to be making.

22              And I wanted to be very clear in our brief, and

23   I'm just going to say it now.  And our position is not

24   wishy-washy at all.  Our position is once Your Honor gives

25   us authority to go forward with the transaction, we're going
```

1  to do that.  And then we're going to argue that appeals are

2  equitably moot for the same reason that we need the

3  exculpation clause in the first place, which is to protect

4  the people that are relying on Your Honor's order from the

5  same sorts of concerns that Mr. Fogelman is talking about.

6          He's saying specifically it's conceivable the

7  Government might come after us after the fact for executing

8  exactly what we told Your Honor we would be doing.  That is

9  not appropriate.  That is not appropriate.  People need to

10  be able to rely on the court's order.  And that's why these

11  issues are inextricably intertwined.

12          THE COURT:  And if an appellate court were to

13  decide tomorrow that this provision should be stricken, are

14  you saying you wouldn't proceed?

15          MR. SLADE:  I'm not sure what we would do, Your

16  Honor.  I think it's a significant issue.  And we would have

17  to decide whether or not we're going to go forward with the

18  plan at all and whether we would have to convert the case.

19  I mean, the question is whether the professionals that are

20  going to be doing these things are willing to take these

21  actions when the Government can't make up its mind on what

22  to do with crypto.

23          I mean, Your Honor experienced during the

24  confirmation hearing exactly what the crypto community has

25  been experiencing for years.  The Government can't make up

1    its mind, and they won't give anybody a straight answer,

2    including today.  So there might be some people that are

3    willing to take the risk that the Government is going to go

4    after them after the fact and they're going to have to rely

5    on the affirmative defense that Mr. Fogelman mentions.  I'd

6    have to talk to my malpractice carrier before I was willing

7    to take that risk.

8            But his argument that that's what we should be

9    relying on, the ability to take action after the fact, that

10   doesn't give anybody any comfort.  I mean, the concern is

11   that the decisions that the Government is going to make in

12   the future are going to be driven by politics, not by law.

13   I think what we've experienced totally validates those

14   concerns 2,000 percent.

15           So Your Honor asked if we're going to convert the

16   case if we don't get exculpated.  I'm not sure I can answer

17   that question.  It's hypothetical.  But it's a real

18   possibility.  And I think we would have to think seriously

19   about it.

20           Just think, for example, about the plan

21   administrator.  He is a clear target of the United States

22   Trustee's Office.  They do not want him to be exculpated.

23   Would you take that job, Your Honor, if there weren't

24   protections on the front end?  I'm not sure anybody would.

25           MR. FOGELMAN:  Your Honor, if I can just respond

1    briefly.  There is a million commercial deals that happen

2    outside of the bankruptcy context every day where parties

3    necessarily have to think about the risk, evaluate the legal

4    landscape, certain or uncertain, whatever it may be, and

5    decide what to do.

6            The idea that for an action that's going to happen

7    in the future debtors need a blessing from the Court that no

8    matter what they do in carrying out that deal or the deal

9    itself, that they can't be liable, I mean, there's no

10   precedent for that.

11           Look, think about a consent decree in any federal

12   district court.  There are plenty of district court consent

13   decrees that have complicated actions that are going to be

14   going forward based on whatever arrangements the parties

15   have made that a court is also so ordering just by virtue of

16   so ordering it.  You know, I am not aware of any consent

17   decree where a court has -- and by the way, in doing this,

18   you can't be liable to any government regulator.  But

19   presumably if someone went after them, they would go back to

20   court and hold up that consent decree.  But the idea that

21   the Debtors here need some type of special treatment or some

22   assurance, I mean, they're businesspeople.  They make those

23   decisions every day all the time as they did before the

24   bankruptcy.  So it's just -- I'm not sure how much it

25   advances their point to say that they are having a hard time

1    making up their mind here what to do in the absence of

2    exculpation.

3            MR. ASMAN:  Your Honor, it's Darren Asman from

4    McDermott for the Committee.  May I be heard briefly on

5    this?

6            THE COURT:  Yeah.

7            MR. ASMAN:  Your Honor, everything that you just

8    heard Mr. Slade say is the exact reason why the public

9    interest element counsels against granting a stay.  If the

10   Government is correct -- and they are not -- then

11   practically no Chapter 11 plan would be consummated out of

12   fear of prosecution by governmental agency and the entire

13   purpose of Chapter 11 would be defeated.  This is not an

14   out-of-court commercial transaction.  The whole purpose of

15   bankruptcy is finality.  That is why we get court orders.

16   That is why we get a plan that is confirmed by a federal

17   bankruptcy court.  The whole integrity of the Chapter 11

18   process far outweighs the Government's desire to preserve

19   its optionality as to whether to prosecute the estate, the

20   debtor, the plan administrator, law firms, financial

21   advisors who are acting under a federal court order for

22   hypothetical violations of securities laws that no one has

23   articulated.

24           We don't accept this proposition that essentially

25   every order Your Honor enters in a bankruptcy case has a big

1    asterisk at the end of it that says, but watch out, the

2    Government might sue you on this.  The Government gets

3    notice of everything in this case just like every other

4    interested party.  They can either come forward or stay

5    silent.  They have not actually stayed silent here, but

6    effectively they have stayed silent here.  They haven't

7    articulated anything that is illegal about this plan, and

8    that is on them.

9            THE COURT:  I've read all of the papers and

10   considered them in detail.  And I don't think that they

11   warrant a stay.  But I am very concerned that a district

12   judge who will be picking this up, who won't already be

13   familiar with the entire history of exculpation provisions

14   in bankruptcy court, for example, I am very concerned about

15   pleasing a district judge who might be presented with this

16   same stay application to the extent that I deny it.  And our

17   stay is actually expiring in an hour and five minutes, which

18   is less time -- I think an hour and five minutes.  Maybe two

19   hours and five minutes.  That's actually less time than it

20   will take me to issue a ruling that I think I should issue

21   on this so the district court can consider it.

22            So let me ask the Debtors and the other parties.

23   I didn't grant the 14-day stay that ordinarily would have

24   been in effect.  It's continued only through today.  What

25   would be the big deal about extending it through Monday just

1   out of consideration for the timing of the district court

2   and so the district court can have the time to actually read

3   all of these papers and to actually read my decision and not

4   be confused as to what it is that I actually did and why I

5   did it.

6           MR. SLADE:  Your Honor, Mike Slade for the

7   Debtors.  The Debtors do not intend to close a transaction

8   this week, as I said when we were on the phone yesterday.

9   At Your Honor's request, we would be okay extending the stay

10  until then so that Your Honor can render a ruling.  That's

11  fine with us.

12          THE COURT:  Okay.

13          MR. ASMAN:  Your Honor, the Committee is okay with

14  that as well.  We understand the concern and we want you to

15  make a good record for the district court.

16          THE COURT:  Well, I think in fairness to the

17  district court, they should understand my thinking of the

18  points.

19          MR. MORRISSEY:  Your Honor, if I may.  Richard

20  Morrissey for the U.S. Trustee.  I just wanted to add some

21  color to the issue of the plan administrator and also remind

22  the Court of the sequence of events with respect to the plan

23  administrator.

24          The plan administrator was added to the list of

25  exculpated parties after the hearing had been concluded.

Page 41

1    The plan administrator had an agreement to limit his

2    liability, a separate agreement.  So the Government

3    certainly did not have an opportunity to object to the

4    addition of the plan administrator.  I just wanted the Court

5    to be --

6              THE COURT:  So wait a minute.  The plan

7    administrator just replaced the original concept of a

8    winddown trustee and the exculpation provision to be applied

9    to the plan administrator is the same as what was proposed

10   for the party that he is replacing.  Isn't that the correct

11   case?

12             MR. MORRISSEY:  Your Honor, actually I'm not sure

13   about that.  Perhaps one of the attorneys can confirm that.

14   Because there was a change between the winddown trustee who

15   became the winddown debtor.  Somewhere along the --

16             THE COURT:  Basically they changed entities,

17   names, titles, concepts.  But the functions to be performed,

18   I think they were always all within the same exculpation

19   provision, weren't they.  Isn't that right, Mr. Slade?

20             MS. OKIKE:  Your Honor, Christine Okike on behalf

21   of the Debtors.  That's correct.  The winddown trustee was

22   just changed to the plan administrator.  It was just a

23   change in the title.

24             THE COURT:  I'm going to issue a decision as

25   quickly as I can.  And I would really attempt to get

```
 1    something on file tonight.  But what do we do about the
 2    current stay?  Will everybody agree that it's stayed until
 3    Monday even if we don't get an order on file by 5:00?  Do
 4    you want to quickly put together such an order?  What do you
 5    want to do?
 6            MR. SLADE:  Your Honor, Mike Slade for the
 7    Debtors.  We can send you an order similar to the one we
 8    sent you the last time that extends through Monday at 5:00
 9    if that would be okay with the Court.
10            THE COURT:  Okay.  That would be fine.  Let's do
11    that right away.  Do you need -- share it with the
12    Government so they can see it.  Okay?
13            MR. SLADE:  Yes.  I will send it to them in the
14    next ten minutes.
15            THE COURT:  All right.  In that case, I know there
16    are a lot of arguments to be raised.  I think I understand
17    them all.  And I'm not trying to cut people off, but more
18    important, I think that I get my own thinking down for the
19    benefit of the district court.  And I think I understand all
20    the other arguments.  But is there anything else with that
21    statement that anybody else wants to day today?
22            MR. SLADE:  Nothing for the Debtors, Your Honor.
23    Thank you.
24            MR. ASMAN:  Nothing for the Committee, Your Honor.
25    Thank you very much for your time.
```

Page 43

1              MR. FOGELMAN:  Nothing from the United States,

2     Your Honor.

3              MR. MORRISSEY:  And nothing from the U.S. Trustee.

4     Thank you, Your Honor.

5              THE COURT:  All right.  Thank you all very much.

6     I'll look for the stay order and I'll get something on file

7     this week.

8              (Whereupon these proceedings were concluded)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 44

1                    C E R T I F I C A T I O N

2

3          I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5

6

7

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20     Veritext Legal Solutions

21     330 Old Country Road

22     Suite 300

23     Mineola, NY 11501

24

25     Date:  March 16, 2023

| & | 3 | acted   15:14 | 31:12 |
|---|---|---|---|
| **&**   4:10 5:1,9,16 | **300**   5:11 44:22 | 16:3 26:6 | **addressed** |
| **1** | **330**   44:21 | **acting**   20:24 | 30:14 |
| **10004**   1:13 | **4** | 28:10 29:5 | **addressing** |
| 3:20 | **48034**   3:6 | 33:5 34:3 | 17:15 |
| **10014**   4:4 | **6** | 38:21 | **administrator** |
| **10022**   4:13 5:4 | **601**   5:3 | **action**   21:16 | 36:21 38:20 |
| **11**   38:11,13,17 | **60625**   5:12 | 26:3 33:7 | 40:21,23,24 |
| **1100**   3:12 | **7** | 34:18 36:9 | 41:1,4,7,9,22 |
| **1120**   10:12 | **75201**   5:20 | 37:6 | **advance**   16:19 |
| **1125**   26:24 | **8** | **actions**   11:12 | 28:16 31:14 |
| **1142**   30:22,23 | **885**   4:12 | 27:24 30:15,15 | **advances** |
| 31:3 | **a** | 33:19 35:21 | 37:25 |
| **11501**   44:23 | **aback**   10:21 | 37:13 | **advisors**   38:21 |
| **12151**   44:7 | 12:1,4,7 | **active**   18:16 | **aegean**   13:21 |
| **14**   39:23 | **ability**   18:4 | **actively**   12:18 | **aerodyne**   30:5 |
| **141**   10:10 12:2 | 21:4 24:9 36:9 | **actual**   27:12,22 | **affect**   20:25 |
| **15**   1:15 | **able**   8:15 9:22 | **actually**   9:22 | **affirmative** |
| **16**   44:25 | 25:17 26:21 | 9:24 14:25 | 16:4 26:22 |
| **180**   9:1 | 27:2 31:17 | 15:19 19:13 | 27:1 28:13 |
| **1900**   5:19 | 35:10 | 21:19,20,21 | 29:3 31:12,13 |
| **2** | **absence**   38:1 | 23:2 24:1 26:8 | 31:18 32:6,8 |
| **2,000**   36:14 | **absolute**   28:19 | 39:5,17,19 | 33:15 36:5 |
| **201**   4:3 | 28:20,22 | 40:2,3,4 41:12 | **afternoon**   8:2 |
| **2022**   19:5 | **absolutely** | **adam**   4:15 | 8:6 |
| **2023**   1:15 | 13:20 30:18 | **add**   18:19 | **agencies**   10:4,7 |
| 44:25 | **absorb**   8:15 | 40:20 | 10:15 11:24 |
| **20530**   3:13 | **academic**   27:5 | **added**   18:11,12 | **agency**   38:12 |
| **22-10943**   1:3 | **accept**   13:8 | 40:24 | **agent**   27:8,9 |
| **2501**   5:19 | 38:24 | **addition**   18:20 | **aggressive** |
| **27777**   3:5 | **accident**   10:24 | 41:4 | 18:11,13,21 |
| **28th**   8:22 | **accurate**   44:4 | **additional**   15:2 | **aggrieved**   17:2 |
| **29th**   10:11 | **act**   14:22,25 | 15:16 18:20 | **agree**   9:5 16:20 |
| **2:03**   1:16 | 22:7,8 25:11 | 24:9 29:18 | 17:9,10,12 |
| **2nd**   12:5 15:16 | 25:21,23 28:6 | **address**   17:17 | 42:2 |
| 16:13 18:12 | | 22:6 25:20 | **agreed**   10:23 |
| | | 29:24 30:13,16 | |

agreement
  41:1,2
alerting  14:15
alexander  3:19
allegedly  16:14
allow  25:10
allowed  26:5
allyson  5:7
  11:8
andrea  7:16
  8:9
andrew  4:6
annie  3:22
announced
  29:10
answer  11:5
  24:17 36:1,16
anti  27:14
anticipate  33:6
anybody  12:14
  36:1,10,24
  42:21
apologize  8:13
  17:20
apparently
  13:11
appeal  2:1
  19:24 29:21
  33:24 34:9
appeals  34:17
  35:1
appeared
  10:24,25 12:11
appellate
  35:12
appliable  20:7

applicable
  31:23 32:23
  33:16
application
  39:16
applied  31:24
  41:8
apply  8:24
  12:8 19:12
  20:22
appreciate
  14:8 28:25
  33:10
appreciative
  28:8
approach  9:1
appropriate
  22:15 27:1
  28:23 29:2
  31:6 32:2 35:9
  35:9
appropriaten...
  29:6
approved  31:4
argue  19:1
  20:1,2 23:1
  25:14 35:1
argued  17:24
  29:20
arguing  25:7
argument
  16:11,12 19:22
  26:13 31:9
  34:4,14,20
  36:8
arguments
  34:10 42:16,20

arising  10:15
arrangements
  37:14
articulated
  38:23 39:7
asked  12:25
  14:15,18 15:16
  16:4 36:15
asking  15:18
  15:25
asman  38:3,3,7
  40:13 42:24
aspects  23:18
assert  11:12
  17:23
asserting  13:13
asset  23:15
assign  21:7
assume  19:24
assurance
  37:22
asterisk  39:1
attempt  41:25
attorney  3:4
  12:24 19:18
attorneys  3:11
  3:18 4:2,11 5:2
  5:10,17 13:9
  41:13
attorney's
  11:16
audio  29:19
  30:8
authorities
  29:12,13,18
  31:5

authority
  16:22 24:2
  28:15 30:19,22
  31:2 32:5
  34:25
authorized
  22:24 29:15
  34:8
authorizes
  25:4
authorizing
  25:16,17
avenue  4:12
  5:3
avila  6:20
aw  6:4
aware  12:15
  16:1,1,7 18:11
  19:21 37:16
azman  5:23

b

b  1:21 4:11
  7:16
back  25:22
  37:19
ball  28:4
bam  4:11
bankruptcy
  1:1,11,23 14:2
  22:18 26:5
  37:2,24 38:15
  38:17,25 39:14
bar  9:12,13,18
barnea  12:23
  19:20
barred  15:3

based  9:20
  29:13 32:8
  33:7 37:14
basically  9:19
  20:11 41:16
basis  24:4,23
bear  30:4
beginning
  22:19
begins  31:22
behalf  12:23
  41:20
belated  31:8
believe  11:19
  11:20 19:25
  20:16 29:24
  31:12
benefit  12:21
  13:1 42:19
beyond  17:10
big  38:25 39:25
binance  4:11
bit  11:13
bk  26:6
blessing  37:7
boat  13:8
bout  9:15
bowling  1:12
bradford
  29:19 30:8
breadth  12:4
brief  13:23
  14:16,17 29:24
  30:13 34:22
briefed  14:17
briefly  37:1
  38:4

broad  24:14
  27:6 30:6
broadly  27:19
brought  33:6
bruh  4:7
bullion  30:9
businesspeo...
  37:22
buy  23:21
buying  25:5

**c**

c  3:1 8:1 44:1,1
calculate  21:10
candid  16:24
candidly  17:15
can't  9:7 15:21
  19:19 22:3
  23:11 24:3
  26:2,16 28:3
  29:4 34:14
  35:21,25 37:9
  37:18
capacious  27:6
capacity  29:16
captured  27:23
carrier  36:6
carrying  31:19
  37:8
carveout  13:23
  13:24 14:1,13
  14:21,22 15:8
  17:1 18:2,7,14
carving  31:1
case  1:3 12:18
  12:22,22,24
  13:21 15:22,24
  16:2,4,7 18:17

22:8 30:5,6,6
  30:10 33:9
  35:18 36:16
  38:25 39:3
  41:11 42:15
caselaw  20:4
  20:22 28:20
  34:2
cases  14:2
  23:14 26:23
  29:22,25 30:14
  30:16 31:12
  32:6
certain  24:24
  37:4
certainly  12:12
  12:21 14:9
  16:1,8,20 17:2
  17:18,20 20:7
  24:20 25:25
  26:2 28:8 33:6
  41:3
certified  44:3
cfius  12:23
  15:24
challenging
  34:10
chan  7:2
change  11:21
  12:2 41:14,23
changed  9:1
  10:23 41:16,22
chapter  38:11
  38:13,17
characterizat...
  22:5

charged  26:20
chen  7:10
cherry  7:11
chicago  5:12
christine  5:6
  41:20
church  7:3
circuit  20:4,22
circuit's  29:19
circumstances
  28:24
citation  30:20
cited  29:18,22
  30:5,10,14,21
  31:5 32:6
cites  30:3
civil  22:9 24:18
  25:24 26:18
  28:11
civilly  26:21
claim  9:17
claiming  32:17
claims  9:15
  22:12
clarify  9:10
clause  18:14
  34:14 35:3
clear  9:13,21
  11:11 16:17,24
  17:21 21:15
  24:23 29:11
  31:24 32:20
  34:22 36:21
clearer  23:4
close  40:7
code  10:16

collateral
  33:15
colleague
  12:23 19:19
colleagues   11:5
  15:22
color   34:3
  40:21
come   9:3 11:1
  22:22 25:22
  27:23 35:7
  39:4
comfort   36:10
commercial
  30:8 37:1
  38:14
commission
  11:22
commit   25:4,6
committed
  24:18 26:19
committee
  5:17 38:4
  40:13 42:24
committee's
  8:19
commonly
  22:8
community
  35:24
commute   8:17
company   30:10
complicated
  37:13
complying
  31:19

conceivable
  23:13 24:20
  25:25 35:6
concept   41:7
concepts   41:17
concern   13:3
  14:15 32:4,4
  36:10 40:14
concerned
  25:22 39:11,14
concerns   17:6
  17:15,17 35:5
  36:14
concluded
  40:25 43:8
conclusions
  33:13
conduct   24:13
  27:18
conducted
  8:14
confirm   11:25
  12:13 41:13
confirmation
  8:22 9:2,16
  10:5,11,13
  11:7 12:10,15
  13:17,18 14:23
  15:10 16:14,19
  18:3,4,23 19:3
  19:11 20:25
  24:3 25:14
  26:4 28:2 31:4
  34:7 35:24
confirmations
  34:16

confirmed
  22:19 38:16
confused   40:4
confusion   8:13
congress   22:10
  22:14,16,24
  32:23
congressional
  30:19
consent   37:11
  37:12,16,20
consequences
  25:20
consider   39:21
consideration
  40:1
considered
  39:10
consummated
  38:11
contend   33:24
contending
  32:19
contenting
  15:4
contention
  23:7,7 32:20
context   28:17
  37:2
continued
  39:24
contrary   20:1
  20:2
convert   35:18
  36:15
conveyed
  17:20

cornell   7:17
corp   30:6,8
correct   11:19
  19:6 38:10
  41:10,21
couldn't   10:22
counsel   11:23
  11:24
counsels   38:9
country   44:21
course   25:5
  27:10,16
court   1:1,11
  8:12 10:9
  11:14 12:3
  13:5,21,24
  14:11,11,15,15
  14:20 15:11,25
  16:10,25 17:5
  17:8,24 18:6
  18:25 19:3,7
  19:22 20:10,18
  21:13 22:1,15
  22:18,21,25
  24:8,10,22
  26:1,4,5,6,10
  26:11,16 27:17
  28:10,15 29:4
  29:5,9,10,15
  29:16 30:1,5
  30:25 31:20
  32:3,9,11,15
  33:4,4,7,12,23
  35:12,12 37:7
  37:12,12,15,17
  37:20 38:6,14
  38:15,17,21

39:9,14,21
40:1,2,12,15
40:16,17,22
41:4,6,16,24
42:9,10,15,19
43:5
**courtroom** 8:4
8:8,10
**courts** 26:25
33:14
**court's** 33:8
34:4,11,19
35:10
**credit** 30:8
**creditor** 6:2,5
6:8,11,14
**creditors** 5:18
**crimes** 22:9
24:18
**criminal** 10:17
25:24 26:18
28:12 30:15
**crypto** 35:22
35:24
**cryptocurren...**
23:10,13,15,20
23:23 25:1,6
25:11,12
**cryptocurrency**
25:2 32:13
**crystal** 28:4
**current** 42:2
**custom** 3:19
**customer** 27:8
27:10
**customers**
24:20

**cut** 42:17

**d**

**d** 4:11 8:1
**d.c.** 3:13
**dallas** 5:20
**dan** 7:8
**dana** 30:8
**darren** 5:23
38:3
**date** 9:12,13,18
24:10 44:25
**day** 13:16,18
14:10,12,13
15:9,9 30:18
37:2,23 39:23
42:21
**days** 9:3 19:13
**deadline** 13:7
14:24
**deal** 22:17,22
32:6 33:14
37:8,8 39:25
**dealing** 26:24
**deals** 37:1
**debtor** 1:9 15:2
30:23 38:20
41:15
**debtors** 11:25
12:5 13:16,22
15:15 17:6
18:22 19:5,8
23:10,14,20
33:18,23 37:7
37:21 39:22
40:7,7 41:21
42:7,22

**debtor's** 8:19
**december** 19:5
22:18
**decide** 35:13
35:17 37:5
**decides** 23:22
**decision** 23:5
29:9,10,19,19
29:25 30:7,8
30:14 40:3
41:24
**decisions** 36:11
37:23
**decree** 37:11
37:17,20
**decrees** 37:13
**defeated** 38:13
**defense** 27:1
28:22 29:3,3
31:18 36:5
**defenses** 26:22
27:3 28:13,13
31:13,14 32:6
32:8 33:15
**defined** 22:10
**degrees** 9:1
**deny** 11:25
39:16
**department**
3:10,17 4:1
13:10
**described** 34:3
34:6
**desire** 38:18
**detail** 34:6
39:10

**determined**
9:21 22:14
24:10
**didn't** 8:16
14:1,22 15:17
16:5,20 17:8
17:12,19,25
18:6,7,9 30:1
30:16 32:7
34:13 39:23
**difference**
31:15,16
**different** 10:3
10:6,7
**digital** 1:7 5:2
5:10,18
**diligently**
20:25
**directed** 29:17
**direction** 24:3
**directly** 13:14
33:7
**diresta** 6:7
**disagreement**
33:12
**discharge**
33:19
**disclose** 27:9
**discuss** 30:1
**discussed**
29:21
**discussion**
12:14
**discussions** 9:9
9:11 12:16
13:11 18:9
19:20

dismissed
34:17
dispute 15:23
16:6 20:6
31:17
disputing 12:5
29:1
distributing
24:20 32:13
distribution
25:12,23 27:8
27:9
distributions
23:12
district 1:2
28:18 37:12,12
39:11,15,21
40:1,2,15,17
42:19
ditech 30:7
divita 6:18
docket 10:12
documents
34:7
doesn't 13:11
27:8 28:15
33:20 36:10
doing 8:16
15:15 21:21,24
22:1,3 28:7,9
29:14,16 31:6
32:12,16 33:10
34:5,9,11 35:8
35:20 37:17
don't 10:4 11:4
11:23 12:3,13
14:17 15:23

16:6,15,18
17:25 19:21,25
20:14,19,21
22:4,14 23:4
24:22 25:9
26:1,17 27:12
28:4,4,5 30:20
31:17 33:18
34:4 36:16
38:24 39:10
42:3
draft 12:10
driven 36:12
dustin 6:17

**e**

e 1:21,21,22
3:1,1 8:1,1
26:24 44:1
earlier 12:22
ecro 1:25
effect 19:14
23:6 39:24
effective 28:2
effectively 39:6
eisler 7:19
either 39:4
element 38:9
eliminate 9:16
ellis 5:1,9
emery 5:16
emily 7:20
enforced 10:18
enforcement
20:17 30:15
32:25
enforcing
32:22

engaging 9:14
entered 9:14
16:19
enters 38:25
entire 16:12
26:12 38:12
39:13
entirely 8:13
20:15 27:1
entities 9:14
41:16
entitled 28:21
29:14
entitlement
32:21
entity 16:6
30:23
environmental
10:16
equitable 20:4
20:21 21:8
34:17,20
equitably
19:24,25 20:17
21:3 33:24
34:1,14 35:2
essentially
24:15 38:24
estate 38:19
estoppel 33:15
ethan 6:24
evaluate 32:24
37:3
evans 5:25
events 40:22
everybody
13:7 42:2

ex 24:4
exact 38:8
exactly 17:21
31:18,21 34:11
34:20 35:8,24
example 23:9
24:17 28:17,18
32:18 36:20
39:14
except 19:3
23:14
excessive 17:9
exchange
11:22
exclude 27:19
excluding 19:9
exclusions 12:9
exculpate
10:13
exculpated
24:25 32:16
36:16,22 40:25
exculpation
8:23 10:8,21
12:8 13:23
14:4,12,13
15:8 17:1 18:2
18:14 21:1,5
26:24 27:6
30:22 34:13
35:3 38:2
39:13 41:8,18
executing 35:7
exist 14:23
expect 26:3
28:11

**experienced**
35:23 36:13
**experiencing**
35:25
**expiring** 39:17
**explicit** 15:1
**explicitly**
17:24 26:5
29:17
**extending**
39:25 40:9
**extends** 42:8
**extent** 15:25
26:20 28:7
31:23 39:16

**f**

**f** 1:21 44:1
**face** 26:8,9
**fact** 12:1 14:17
23:13 26:9
29:6 31:2
32:12,12 33:4
33:9,13 35:7
36:4,9
**facto** 24:4
**factor** 11:20
**facts** 22:11
28:16,22,23
**fair** 18:10
20:15 21:2
22:4
**fairness** 40:16
**faith** 26:6
28:10 29:5
33:5
**false** 15:14

**familiar** 39:13
**far** 17:10 38:18
**fault** 8:13
**favorable**
20:23
**fear** 38:12
**february** 8:22
10:11
**federal** 10:6
16:6 25:13
28:18 37:11
38:16,21
**feet** 15:6
**felt** 18:21
**file** 13:6,25
14:10,11 15:6
15:24 42:1,3
43:6
**filed** 8:22 9:2
9:15 10:11
11:1 12:9,22
14:14,24 19:10
19:10 29:20
**filing** 9:17
**filings** 16:2,8
19:18
**finality** 38:15
**finally** 23:22
**financial** 22:17
38:20
**find** 30:3
**finding** 26:6
33:4 34:19
**findings** 26:9
29:6 33:9,13
**fine** 40:11
42:10

**firms** 38:20
**first** 10:10 15:9
19:10 22:5
31:22 35:3
**five** 39:17,18
39:19
**focus** 32:11
**focused** 17:2
**fogelman** 8:2,3
10:5 12:14,17
13:13 14:7
15:7,21 16:17
17:7,14 18:1
18:10 19:6,16
20:2,14,20
21:25 22:4
24:7 25:19
26:14,17 29:24
30:3,12 31:11
32:1,14,20
35:5 36:5,25
43:1
**fogelman's**
34:4
**follow** 9:25
**followed** 29:11
**following** 28:6
28:7,9 32:8
33:3 34:11
**force** 28:2
**foreclosed**
16:11 20:9
23:8
**foregoing** 44:3
**forever** 22:23
23:3

**forthright**
17:16
**forward** 9:25
22:23 34:25
35:17 37:14
39:4
**found** 20:4
28:10 29:4,5
**four** 22:20
**franklin** 3:5
**frankly** 22:2
27:2
**fraud** 25:6
27:12,22
**free** 9:23 23:7
**front** 36:24
**ftc** 11:9 12:19
12:20,25 13:11
16:21,22
**full** 21:1
**fullest** 31:22
**fully** 16:7
27:17 28:11,25
33:10
**functions**
41:17
**fundamental**
33:22
**funds** 24:20
**further** 8:20
9:11 17:17
**furtherance**
20:6
**future** 9:21
28:5 33:19
36:12 37:7

| g | | h | heath 7:7 |
|---|---|---|---|

**g** 8:1
**genuine** 27:25
**getting** 18:20
**gina** 6:7
**give** 17:8 30:22
 32:4 33:16
 36:1,10
**given** 19:1
 28:23 30:19
 32:2
**gives** 30:21,21
 34:24
**gleit** 6:25
**go** 24:9 26:3,8
 34:25 35:17
 36:3 37:19
**goes** 28:2
**going** 8:15 9:22
 9:25 13:8 18:1
 19:19 20:18
 28:5,6 33:21
 33:21 34:5,9
 34:10,21,23,25
 35:1,17,20
 36:3,4,11,12
 36:15 37:6,13
 37:14 41:24
**goldberg** 4:15
**golden** 7:12
**good** 8:2,6,12
 26:6 28:10
 29:5 33:5
 40:15
**government**
 8:3,24 9:4,7,9
 9:24 10:20,23

12:8,10 13:8
13:14,20,22
15:4 19:9,12
21:3,11,13
22:3,11,16,22
23:3,6,22 24:9
25:10,22 26:2
26:7 27:24
28:3 31:17
32:9,22,22
33:10,20 34:12
35:7,21,25
36:3,11 37:18
38:10 39:2,2
41:2 42:12
**governmental**
 9:18 10:3
 20:16 30:14
 38:12
**governments**
 11:11
**government's**
 8:18 18:16
 22:7 32:4
 38:18
**granite** 30:6
**grant** 32:5
 39:23
**granted** 21:12
**granting** 38:9
**grayson** 5:22
**green** 1:12
**gross** 27:13,21
**ground** 34:19
**grounds** 34:18
**group** 12:14

**hage** 3:8
**half** 31:1
**hamilton** 3:19
**handled** 26:25
**handling** 15:22
**happen** 17:19
 22:9,9,10 26:1
 28:5 37:1,6
**happened** 15:8
 16:2
**happening**
 22:17
**happy** 17:21
**hard** 37:25
**harm** 19:23
 20:11,11 21:6
 21:9,10 26:13
 28:1
**harrison** 6:19
**harwood** 5:19
**hasn't** 14:1
 21:13
**haven't** 25:8
 29:21 33:19
 39:6
**health** 21:5,23
 23:25
**hear** 8:20 14:9
**heard** 38:4,8
**hearing** 2:1
 10:5 11:21
 12:15 13:19
 15:10 18:4,23
 35:24 40:25
**heart** 25:20

**heath** 7:7
**held** 24:4
**here's** 15:11
 20:21
**hey** 29:3 33:9
**he's** 35:6
**hinted** 10:20
**hirshman** 7:15
**history** 39:13
**hold** 22:23
 23:3 26:4 33:8
 37:20
**holdings** 1:7
 5:2,10,18
**hon** 1:22
**honest** 11:4
**honor** 8:2,6,9
 9:7 10:1 11:8
 11:18 12:17
 13:4,13 14:7,9
 15:7,23 16:3,6
 16:17,20 17:1
 17:16 18:10,19
 19:16,21 20:3
 20:14,20 21:25
 22:5,24 24:7
 25:21 26:5,14
 26:17,23 27:3
 27:4,16 28:17
 28:24,25 30:4
 30:12,21,21
 31:11,19 32:6
 32:7 33:2,22
 34:2,8,24 35:8
 35:16,23 36:15
 36:23,25 38:3
 38:7,25 40:6

40:10,13,19
41:12,20 42:6
42:22,24 43:2
43:4
**honor's**  16:9
17:15 22:6
24:17 28:8,9
35:4 40:9
**hour**  39:17,18
**hours**  39:19
**house**  3:19
**hundred**  16:24
17:9,16
**hyde**  2:25 44:3
44:8
**hyperbole**  23:1
**hypothetical**
24:18 26:7,11
26:13 36:17
38:22

**i**

**idea**  12:7 13:9
14:4 21:19
29:13 37:6,20
**identified**
20:12
**identify**  8:4
**il**  5:12
**illegal**  13:16
15:5 25:23
31:10 39:7
**immediate**
14:14
**immediately**
11:2 19:18
**immunity**
28:19,20,23

31:13
**impact**  9:12
**impinging**  24:1
**implemented**
9:22
**implied**  15:12
**implies**  32:1
**imply**  17:18
**import**  31:16
**important**
42:18
**imposing**  24:6
**include**  9:5
27:7
**included**  11:2
11:10 13:1
**including**  10:4
23:20 29:18
36:2
**incur**  31:7
**incurring**
21:22
**independent**
16:22
**indicated**  33:3
**indiscernible**
12:12 22:15
30:13
**inextricably**
35:11
**information**
27:9
**initially**  9:5
**initiated**  18:16
**injunctive**
24:11

**inserted**  17:3
**instant**  21:15
23:6
**instructions**
28:8,10
**insulate**  27:18
**insulated**  25:7
**insulates**  24:13
**integrity**  38:17
**intend**  40:7
**intended**  18:24
24:8
**intending**
27:18 32:3
**interest**  24:5
38:9
**interested**  39:4
**interference**
9:23
**internal**  10:16
**interpret**  25:17
**interpreter**
16:2
**intertwined**
35:11
**intervening**
11:20
**inure**  13:1
**inured**  12:21
**investigate**
22:11,17
**investment**
30:10
**involved**  11:6
11:24 12:19,21
13:2,14 16:22
19:18

**involvement**
18:16
**irreparable**
19:23 20:11
26:12
**isn't**  15:6
33:25 41:10,19
**issue**  14:11,16
16:9,13 23:17
23:25 35:16
39:20,20 40:21
41:24
**issues**  35:11
**it's**  10:24 11:8
12:10 20:24
22:7,23 24:20
25:25 26:7
27:5 28:1
30:16 31:15
34:1 35:6,16
36:17,17 37:24
38:3 39:24
42:2
**i'd**  36:5
**i'll**  29:7 43:6,6
**i'm**  11:19 12:5
12:6,15,18
13:8,13 15:11
16:10,11 17:15
17:18,21 20:18
22:1,3 25:16
28:8 29:1,1
30:3 34:23
35:15 36:16,24
37:24 41:12,24
42:17

**i've**  8:18,18
    11:4 12:17
    13:12 39:9

## j

**j.d.**  12:23
**jacob**  7:15
**jason**  3:4 6:21
**jeff**  6:25
**jo**  6:4
**job**  36:23
**jon**  6:13
**jones**  6:10
**joseph**  5:25
**judge**  1:23
    28:19 39:12,15
**judges**  28:20
**judicata**  33:14
**justice**  3:10,17
    4:1 13:9
**justification**
    31:1

## k

**kandestin**  5:24
**karen**  1:25
**katherine**  7:9
**keep**  14:20
**keil**  7:20
**kimmer**  6:22
**kind**  10:20
    13:7 15:5
    30:22,25 31:8
    33:6
**kirkland**  5:1,9
    11:9
**knew**  13:10,10
    15:22,23 19:7

**know**  11:4 14:2
    15:17,19 16:8
    18:6,7,9 19:21
    21:13 23:4
    25:8,16,16,22
    26:18 27:4
    28:4,5,16 29:9
    31:23,24 33:20
    34:5 37:16
    42:15
**knows**  11:6
**kurtz**  30:10
**kyc**  27:13

## l

**l**  3:12
**lack**  15:12
**landscape**  37:4
**language**  9:25
    10:9,19 11:1,9
    11:21 12:11,20
    13:2,6 14:14
    14:21,22 15:1
    15:2,13,17,20
    16:4,5,18 17:6
    17:11,19 18:11
    18:13,21,21
    23:5 24:14
    27:25
**larry**  8:3
**lasalle**  5:11
**latam**  30:6
**latham**  4:10
**laundering**
    27:14
**law**  3:3 25:13
    31:23 32:22
    33:13 36:12

38:20
**laws**  10:16,17
    32:19 38:22
**leave**  11:23
    29:8
**led**  9:25 10:7
    11:7,21
**ledanski**  2:25
    44:3,8
**legal**  37:3
    44:20
**legge**  7:5
**letter**  14:14
**let's**  23:9,19
    24:18 32:11
    42:10
**lexington**  5:3
**liabilities**
    21:22 31:8
**liability**  10:14
    27:20 28:19
    41:2
**liable**  24:4 37:9
    37:18
**lie**  25:5
**likelihood**
    29:21
**likely**  30:17
**limit**  41:1
**limitation**  8:25
    10:25 24:5
    32:24
**limited**  24:6
**linda**  7:18
**line**  19:17
**lines**  17:17
    26:22

**liquidated**
    23:14
**liquidating**
    33:18
**lisa**  6:1
**lisandra**  6:20
**list**  27:22,24
    40:24
**listen**  8:10
**literal**  28:8
**litigate**  21:2
**litigating**  16:22
    20:9
**litigation**  20:8
**little**  10:1
**llp**  5:1,9
**long**  22:10,16
    27:21
**look**  12:22
    20:20 24:22
    26:14 33:13
    37:11 43:6
**loses**  27:10
**lost**  9:17
**lot**  9:6 42:16

## m

**made**  15:6 19:4
    21:14 24:23
    25:15 26:6,10
    29:6 33:5
    37:15
**magzamen**
    7:13
**make**  9:12,21
    16:23 17:14,21
    22:3 23:6,12
    33:12 35:21,25

36:11 37:22
40:15
**makes** 21:15
**making** 16:11
25:6 34:21
38:1
**malionek** 4:16
**malpractice**
36:6
**manner** 18:25
**march** 1:15
12:5 15:16
16:13 18:12
22:19 44:25
**margaret** 3:15
**maris** 5:24
**mark** 4:7
**marshall** 7:19
**matter** 1:5
21:6,10 37:8
**matthew** 7:11
**mcdermott**
5:16 38:4
**mean** 17:21
22:21 26:2,7
34:5 35:19,23
36:10 37:9,22
**means** 23:12
**mechanism**
29:2
**mediterranean**
30:9
**mendelsohn**
7:7
**mentions** 36:5
**mere** 32:12

**merits** 14:19
20:9 21:2
30:18
**metallurgical**
30:7
**mi** 3:6
**michael** 1:22
5:14 7:13
**michelle** 6:18
**mike** 7:4,5 40:6
42:6
**million** 37:1
**mind** 10:9,24
21:14,15 22:3
26:23 27:17
35:21 36:1
38:1
**mindful** 20:3,7
20:23 27:2
33:4
**mineola** 44:23
**minute** 41:6
**minutes** 39:17
39:18,19 42:14
**misconduct**
27:13,21
**moment** 30:4
**monday** 39:25
42:3,8
**money** 27:10
27:14
**months** 22:20
22:21
**moot** 19:24,25
33:24 34:1,15
35:2

**mooted** 20:17
21:3
**mootness** 20:5
20:21 21:8
34:17,20
**morning** 8:16
**morrissey** 4:8
8:6,7 11:15,18
11:19 40:19,20
41:12 43:3
**morrissey's**
10:4
**motion** 2:1
21:18
**multiply** 21:8
**murray** 7:1
30:6

### n

**n** 3:1 8:1 44:1
**nacif** 4:17
**names** 41:17
**narrow** 24:8
**nature** 27:19
**necessarily**
26:12 37:3
**need** 35:2,9
37:7,21 42:11
**needed** 9:21
**negligence**
27:13,22
**negligently**
27:10
**negotiated**
11:9,15 12:19
16:5
**negotiations**
9:4,6 10:3 11:6

13:15
**never** 8:24
10:25 23:3
**neville** 7:14
**new** 1:2,13
3:20 4:4,13 5:4
9:24 16:12,13
**newell** 3:15
**newsom** 7:8
**nice** 13:7
**night** 8:15
**nonsense** 14:5
**north** 5:11,19
**notice** 12:23
15:12,24,24
17:12,25 19:5
19:15 39:3
**notwithstand...**
21:18
**number** 8:21
9:14 10:2,3,6
10:12 20:5
**nw** 3:12
**ny** 1:13 3:20
4:4,13 5:4
44:23

### o

**o** 1:21 8:1 44:1
**object** 14:1
18:5 34:13
41:3
**objected** 19:14
**objection** 13:7
14:10,24 15:6
18:25 19:10,15
**obviously** 8:25

occurred   22:13
  33:20
occurring
  24:13
office   10:4
  11:16 13:9
  36:22
official   5:17
  20:12 29:16
okay   8:12
  11:14 14:20
  16:10 20:20
  29:9 32:14
  40:9,12,13
  42:9,10,12
okike   5:6 41:20
  41:20
old   44:21
once   8:12 9:21
  11:11 23:1
  34:24
opportunity
  21:2 41:3
optionality
  38:19
order   8:22 9:2
  9:13,16 10:11
  10:13 11:7
  12:2,11 13:17
  14:23,24 16:14
  16:19 18:3
  19:4,11 20:25
  21:17,20 23:5
  24:2,3,8,12,14
  24:23 25:4,15
  25:17,19 26:4
  27:6,19 28:1,2

31:4,20,20
  33:3,25 34:4,7
  34:11,19 35:4
  35:10 38:21,25
  42:3,4,7 43:6
ordered   31:4
ordering   21:22
  31:2 33:7
  37:15,16
orders   32:8
  33:9 38:15
ordinarily
  39:23
organized
  30:23,24
original   8:21
  9:3 12:6 14:5
  41:7
originally
  11:10 17:11
outside   37:2
outweighs
  38:18
overreached
  15:15
overreaching
  17:9
overstated
  10:2
overwhelming
  21:9
own   42:18

**p**

p   3:1,1 8:1
papers   8:18,19
  18:5 39:9 40:3

paragraph
  8:23 10:10
  12:2 30:12
  31:22,25
part   12:20 18:8
  23:21
particular
  16:18 30:16
parties   11:24
  26:20 28:6
  31:3 32:7,15
  33:3,5,8,8
  34:18 37:2,14
  39:22 40:25
party   10:14
  26:3 29:2,12
  33:17 39:4
  41:10
patterson   7:14
paul   3:8 7:2
pawel   7:6
peace   22:23
  23:4
pending   2:1
people   10:14
  21:21 22:1
  24:1,24 25:5
  29:14 31:17
  35:4,9 36:2
  42:17
percent   16:24
  17:10,16 36:14
percentage
  21:7
performed
  41:17

performing
  27:11
period   24:13
  24:16
permissible
  31:23
permission
  14:10,16,16
personal   31:7
pertain   28:22
peterson   6:17
phoenician
  30:9
phone   11:6
  40:8
picking   39:12
pivot   11:13
place   35:3
plan   8:25 9:15
  9:16,22 10:2,8
  10:13 11:1
  12:9 13:25
  14:6 18:5 19:4
  20:6 22:19
  23:10 24:24
  25:3 31:19
  34:7 35:18
  36:20 38:11,16
  38:20 39:7
  40:21,22,24
  41:1,4,6,9,22
played   11:25
pleasing   39:15
plenty   37:12
pm   1:16
point   9:19 14:8
  16:9,21 20:8

22:6 26:17
37:25
**pointed**  10:1
**points**  40:18
**politics**  36:12
**portfolios**
23:11
**position**  16:25
20:12 23:19
26:8 34:23,24
**possibility**
36:18
**post**  24:4
**potential**  19:23
**power**  26:1
33:12
**practically**
38:11
**precedent**
37:10
**precise**  34:13
**precisely**  34:2
**prefer**  23:1
**prejudiced**
18:4,8,18,22
21:4
**prejudices**
13:17
**prepare**  18:5
18:24
**present**  6:16
**presented**
39:15
**preserve**  9:11
38:18
**presumably**
37:19

**pretty**  10:19
**prevail**  30:17
**prevented**
27:24
**previously**
16:13
**primary**  12:24
**privacy**  27:8
**pro**  6:2,5,8,11
6:14
**problem**  13:12
22:22 24:12
25:2 26:14
27:4 31:25
33:11,22
**problematic**
32:25
**procedural**
29:3 31:15,16
**proceed**  8:4
35:14
**proceedings**
43:8 44:4
**process**  24:19
38:18
**professionals**
35:19
**prompted**
14:22,25
**proper**  17:12
**proposal**  19:4
**propose**  19:2
**proposed**  8:21
10:8,10 12:2,5
14:23 15:2
17:6,8,11 41:9

**proposition**
38:24
**prosecute**
38:19
**prosecution**
38:12
**prospectively**
22:8
**protect**  21:4
25:10 27:8
35:3
**protected**  25:3
**protecting**
22:1
**protection**
13:19 24:5
29:14
**protections**
36:24
**provide**  8:24
24:9
**provided**  31:14
**provino**  6:1
**provision**  9:3
12:6 13:16
14:12 19:11,13
21:1,5 26:24
35:13 41:8,19
**provisions**
39:13
**proviso**  31:21
**public**  21:4,6,9
21:23 23:25
24:5 38:8
**punish**  32:17
**purchases**
23:12

**purpose**  38:13
38:14
**pursue**  22:12
29:4
**put**  13:7,16
31:7 42:4

**q**

**qualified**  31:13
**qualifying**
15:13,17
**quantify**  20:10
**quasi**  29:16
**question**  11:5
12:4 17:5
35:19 36:17
**questions**  8:19
20:18
**quicker**  16:3
**quickly**  41:25
42:4
**quite**  12:18
22:2 24:14,23
31:24
**quoted**  13:23

**r**

**r**  1:21 3:1 8:1
44:1
**raise**  16:9
18:25 26:21
27:3 31:18
32:8
**raised**  14:8,11
23:17 28:14
32:7 42:16
**raising**  29:2

rare 22:7
raznick 3:4
  6:21
read 8:18,18
  21:19 39:9
  40:2,3
reading 27:5,7
ready 8:3
real 27:25
  36:17
realized 8:14
really 18:15
  33:17 41:25
reason 19:8
  20:24 23:23
  30:17 34:13
  35:2 38:8
reasons 34:2
  34:16
rebalance
  23:11
rebalancing
  23:21 32:12
recall 9:9 10:4
  11:17
received 14:16
recently 12:18
recognizing
  33:2
record 26:9
  40:15 44:4
referring 10:14
regard 22:6
regulations
  10:18
regulator
  37:18

regulators
  22:7
regulatory
  22:9 24:19
  28:12 32:25
related 9:11
relating 27:20
release 28:16
  28:21 29:12
  32:2,5,21
  33:17,17
released 24:15
  32:9
releases 31:14
relevant 10:19
relied 13:21,22
relief 24:11
  30:19
relies 34:18
rely 35:10 36:4
relying 13:10
  15:20 16:14,18
  16:25 29:12
  35:4 36:9
remember 9:7
remind 40:21
removal 14:21
  15:1
remove 18:2
removed 13:19
  13:20 15:9,13
  17:3 18:14
render 40:10
rendered 19:24
  19:25
replaced 41:7

replacing
  41:10
request 40:9
require 27:12
required 24:24
  25:1
requires 23:10
  25:4,15
res 33:14
reserve 25:13
respect 24:7
  40:22
respond 36:25
response 25:24
rest 25:15
restraint 24:6
restructuring
  27:11,20 28:6
  29:7
resulting 28:12
retroactively
  11:12
revenue 10:16
reviewing
  18:15 19:18
richard 4:8 8:7
  11:18 40:19
riffkin 7:18
right 9:8 11:14
  17:2,18 19:6
  19:15 20:1,3
  23:10 25:14
  32:17 41:19
  42:11,15 43:5
rights 9:17
risk 20:8 21:7
  36:3,7 37:3

rivera 4:6
road 3:5 44:21
robert 4:16
role 12:1
rules 9:24
  10:18
ruling 39:20
  40:10
ryan 7:10

**s**

s 3:1 8:1
safety 21:5,24
  23:25
sales 23:9,12
  24:2
samari 7:4
sarah 6:22
saturday 29:20
saw 8:24 13:2
  17:3
sawicki 7:6
saying 14:20
  16:10,11 22:7
  24:1 26:12
  29:1 32:15
  35:6,14
says 10:12 28:3
  31:22 39:1
scherling 7:9
scheuer 6:23
schwartz 7:16
  8:9,9
scope 19:9
se 6:2,5,8,11,14
searched 30:1
sec 23:17

second  20:4,22
  29:19
securities
  11:22 23:24
  32:18 38:22
security  23:18
  23:19,25 31:6
see  17:25 42:12
seek  18:24
  24:11
sell  23:20
selling  23:15
  25:5
send  42:7,13
sent  42:8
sentencing
  31:7
separate  41:2
sequence  40:22
seriously  24:22
  36:18
services  4:11
several  15:12
severely  21:4
shara  7:17
share  42:11
side  20:15
signature  44:7
significant
  35:16
silent  39:5,5,6
similar  10:17
  34:16,20 42:7
single  29:22,22
  30:2
six  23:21 24:13

sj  6:10
slade  5:14 8:21
  9:6 11:4,11
  12:13 34:1
  35:15 38:8
  40:6,6 41:19
  42:6,6,13,22
slightly  22:20
smith  5:7 11:8
  11:8,17,19
solutions  44:20
sonya  2:25
  44:3,8
soon  14:12
sooner  14:8,18
  16:9
sorry  14:13
  27:23
sorts  35:5
sought  10:22
sounds  32:3
southern  1:2
southfield  3:6
speak  10:6
  15:21 19:17,19
speaking  9:8
  10:5
speaks  14:18
special  37:21
specifically
  22:6 32:11
  35:6
speculative
  28:1
spend  8:16
start  22:18

started  13:19
state  10:7
statement
  42:21
statements
  9:20
states  1:1,11
  3:10,17 4:1
  10:15,17,18
  11:15,16 12:20
  13:18 36:21
  43:1
statute  30:20
  32:24
statutory  32:5
stay  2:1 19:23
  20:25 21:11
  33:25 38:9
  39:4,11,16,17
  39:23 40:9
  42:2 43:6
stayed  39:5,6
  42:2
stephanie  7:1
steps  18:12
  20:5 33:1
steven  7:3
stop  21:16
straight  36:1
street  3:12 4:3
  5:19
stricken  13:3
  34:14 35:13
strongly  20:16
subject  14:4
  26:3 31:8

submitted  34:8
substance
  33:17
substantial
  13:3 21:6,9,10
  27:25 31:16
  33:11
substantially
  13:17
substantive
  9:24
success  29:21
sue  39:2
sued  26:21
  28:19
suffer  19:23
  20:13
sufficient
  17:25
suggested  15:2
  16:15
suit  28:21
suite  5:19
  44:22
supervising
  12:17
supposedly
  25:7
sure  9:12 16:23
  17:14 35:15
  36:16,24 37:24
  41:12
surprise  14:5
surprised
  10:21
susan  7:12

**suspect**  15:16

**t**

**t**  44:1,1
**t&w**  30:10
**taft**  3:3
**take**  16:8 21:16
  23:9,19 26:8
  32:25 35:20
  36:3,7,9,23
  39:20
**taken**  10:21
  12:1,4,7,11
  20:5
**talk**  36:6
**talking**  22:20
  35:5
**taousse**  4:17
**target**  36:21
**tax**  27:11
**taylor**  6:19
**tell**  10:22 12:19
  15:19 20:15
  26:1
**telling**  19:7
**ten**  42:14
**terms**  23:1,2
  33:14
**thank**  42:23,25
  43:4,5
**that's**  10:18
  15:5,14,17
  18:10,23 19:6
  19:6 20:3,15
  20:23 21:11
  22:3,4 23:15
  24:13,25 26:11
  26:19,24 27:1

33:21 34:5,19
  34:20 35:10
  36:8 37:6
  39:19 40:10
  41:21
**theft**  25:4
**therese**  6:23
**there's**  12:3,3
  19:22 20:22
  21:14,16 25:3
  27:21 28:20
  32:5 37:9
**they'll**  25:3
**they're**  16:16
  24:25 28:7,9
  29:16 33:21,21
  34:10 36:4
  37:22
**they've**  26:25
**thing**  21:17,17
  21:20 22:25
  23:8 25:14
  31:21
**things**  14:3
  15:7,16 16:15
  18:15 22:2
  24:25 25:7,8
  25:11,16,18
  27:7,22 28:3
  32:16,18 35:20
**think**  10:1 12:3
  12:13 13:20
  14:17 15:14,14
  16:1,8,15,18
  17:1 18:1,19
  19:8 20:14,21
  22:4,15 24:22

25:1,9,19 26:1
  26:19 27:5,18
  28:18 30:16,20
  32:1 34:1
  35:16 36:13,18
  36:18,20 37:3
  37:11 39:10,18
  39:20 40:16
  41:18 42:16,18
  42:19
**thinking**  40:17
  42:18
**thinks**  21:16
  23:23
**third**  4:12
  29:12 33:17
**thought**  29:11
**threatened**
  21:11
**threatening**
  21:23
**three**  22:21
**time**  8:17 9:19
  12:24 14:24
  15:8 18:13,22
  18:24 22:2
  24:11,15 32:23
  33:14 37:23,25
  39:18,19 40:2
  42:8,25
**timely**  18:25
**times**  15:12
**timing**  40:1
**title**  41:23
**titles**  41:17
**today**  36:2
  39:24 42:21

**together**  18:15
  42:4
**told**  18:3,7,22
  31:9 34:12
  35:8
**tomorrow**
  35:13
**tonight**  42:1
**took**  18:12
**totally**  36:13
**trading**  4:11
  25:11
**traditional**
  34:19
**transaction**
  32:24 34:25
  38:14 40:7
**transactions**
  27:11,21 29:7
  32:12 34:6
**transcribed**
  2:25
**transcript**  44:4
**transfer**  25:1,2
**treated**  23:24
  23:25
**treatment**
  37:21
**tried**  18:18
**trotz**  6:24
**true**  16:16 44:4
**trustee**  3:11,18
  4:2 8:7,10
  11:16 40:20
  41:8,14,21
  43:3

**trustee's** 36:22
**try** 11:12 13:7
**trying** 9:10,10
   15:11 17:18,22
   29:1 30:3
   42:17
**turn** 33:16
**turning** 12:6
**two** 9:3 15:7
   18:15 19:13
   39:18
**tx** 5:20
**type** 28:11
   37:21
**types** 27:3

**u**

**u.s.** 1:23 3:11
   3:18 4:2 8:10
   13:9 40:20
   43:3
**ultimately**
   26:19
**unable** 23:18
**unbeknownst**
   19:11
**uncertain** 37:4
**under** 10:15,17
   24:2,3 26:23
   27:23 31:5,23
   32:23 34:2,3
   38:21
**understand**
   17:5 24:8
   27:17 30:25
   31:11,15 40:14
   40:17 42:16,19

**unintended**
   25:20
**united** 1:1,11
   3:10,17 4:1
   10:15,17,18
   11:15,16 12:20
   13:17 36:21
   43:1
**unsecured** 5:17
**unwilling**
   23:18
**use** 8:17

**v**

**v** 30:10
**validates** 36:13
**varick** 4:3
**various** 10:14
   16:7
**velez** 4:6
**veritext** 44:20
**version** 9:2,8
   10:10 11:7
   19:10
**versions** 10:7
   10:25 12:9
   13:25
**vgx** 23:17,20
   23:24
**villa** 30:9
**violate** 25:13
**violation** 25:24
   25:24 28:12
**violations** 22:9
   22:10,11,12
   24:19,19 26:18
   27:12,14,15
   32:18 38:22

**virtue** 31:3
   37:15
**voyager** 1:7
   5:2,10,18

**w**

**wait** 41:6
**want** 8:16
   11:23 16:23,24
   17:14 25:9,13
   36:22 40:14
   42:4,5
**wanted** 9:12
   19:5,8 34:22
   40:20 41:4
**wants** 23:6
   42:21
**warrant** 39:11
**warranted**
   33:1
**warren** 6:13
**washington**
   3:13
**washy** 34:24
**wasn't** 8:15
   11:14 13:6
   18:8 19:3
**watch** 39:1
**watkins** 4:10
**way** 14:19 15:5
   17:19 21:18
   23:13 37:17
**ways** 26:16
**week** 24:13
   40:8 43:7
**weeks** 23:21
**welfare** 21:5

**wells** 3:22
**went** 17:10
   37:19
**weren't** 36:23
   41:19
**we're** 20:8,23
   22:20 27:2,5
   30:17 34:5,9
   34:25 35:1,17
   36:15
**we've** 36:13
**what's** 28:5
   33:9
**wiles** 1:22
**willful** 27:12
   27:21
**williams** 5:22
**willing** 35:20
   36:3,6
**winddown**
   41:8,14,15,21
**wishy** 34:24
**withdrawn**
   11:3 14:14
**withdrew**
   19:13
**won't** 36:1
   39:12
**working** 12:24
**world** 34:12
**worry** 20:19
**wouldn't** 19:12
   20:13 35:14
**written** 27:19
   29:10 30:7
**wrong** 11:20
   13:21 20:8,22

**[wrong - you've]**                                      Page 18

| |
|---|
| 21:14,16 24:10 34:6 |

**x**

**x**  1:4,10
**xrx**  30:9

**y**

**yeah**   12:13
   38:6
**years**   35:25
**yesterday**
   10:20 40:8
**york**   1:2,13
   3:20 4:4,13 5:4
**you're**   16:10
   19:7 25:6,22
   26:12 30:25
   32:19
**you've**   8:25
   15:12 16:15
   20:11 29:20
   34:3