Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: March 20, 2023

mwe.com

Joseph B. Evans
Partner
jbevans@mwe.com
+1 212 547 5767

March 20, 2023

**BY ECF & ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
ReardenNYSDChambers@nysd.uscourts.gov

Re:   *United States et al. v. Voyager Digital Holdings, Inc. et al.*, No. 23 Civ. 2171 (JHR) (Bankruptcy Appeal)

Dear Judge Rearden:

  I write respectfully on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of Voyager Digital Holdings, Inc. and its affiliated debtors and debtors-in-possession to request an increase in the word limit for its contemporaneously filed *Opposition of the Official Committee of Unsecured Creditors to the Government's Motion for Stay Pending Appeal* (the "Opposition") in the above-referenced case. Pursuant to Federal Rule of Bankruptcy Procedure 8013(f)(3)(A), the word limit for responses to motions must not exceed 5,200 words. Pursuant to Rule 5(b) of this Court's *Individual Rules and Practices in Civil Cases*, "[r]equests to exceed these page limits, except for replies, must be made five business days before the deadline."

  As you are aware, the United States of America and the Office of the United States Trustee for Region 2 (together, the "Government") filed several pleadings on Friday, March 17, 2023, including a motion for stay pending appeal (the "Motion"). The Government made a similar request for an increase in the word limit for the Motion, which is 12,674 words. The Opposition is 8,936 words without footnotes and 18,209 words including footnotes. Given the complex procedural and substantive aspects of the underlying chapter 11 cases and the need to respond to each of the arguments made by the Government, the Committee similarly believes that an increase in the word limit is necessary for its Opposition, as it will facilitate this Court's decision regarding whether a stay pending appeal is appropriate here. Unfortunately, given the timing of the Government's filings on Friday afternoon and its request for expedited hearing the following



One Vanderbilt Avenue   New York, NY 10017   Tel +1 212 547 5400   Fax +1 212 547 5444

US practice conducted through McDermott Will & Emery LLP.

Monday, we were unable to comply with the five business day deadline set forth by Rule 5(b), but greatly appreciate the Court's consideration of the request.

          Respectfully,

          */s/ Joseph B. Evans*
          Joseph B. Evans (jbevans@mwe.com)
          McDermott Will & Emery LLP
          One Vanderbilt Avenue New York, NY 10017
          *Counsel to the Committee*

cc:    All parties (via ECF)