UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-cv-2171 |
| | )            22-bk-10943 (MEW) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) ON APPEAL FROM THE UNITED |
| | ) STATES BANKRUPTCY COURT |
| | ) FOR THE SOUTHERN DISTRICT |
| | ) OF NEW YORK |

**DECLARATION OF MICHAEL B. SLADE IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***

I, Michael B. Slade, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, and I submit this Declaration in Support of my Motion for admission pro hac vice to this Court for all purposes in connection with this action.

2. As shown in the Certificate of Good Standing annexed hereto as **Exhibit A**, I am a member in good standing of the bar of the State of Illinois, and have been a member of that bar since 2001.

3. As shown in the Certificate of Good Standing annexed hereto as **Exhibit B**, I am also a member in good standing of the bar of the State of Texas, and have been a member of that bar since 1999.

4. I have never been convicted of a felony.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

5. I have never been held in contempt of any court, nor have I been censured, suspended, disbarred or denied admission or readmission by any court.

6. I am not the subject of any present or past disciplinary proceedings in this or any other court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

March 20, 2023  
New York, New York

/s/ Michael B. Slade  
**KIRKLAND & ELLIS LLP**  
Michael B. Slade (*pro hac vice* pending)  
300 N. LaSalle Drive  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Fascimile: (312) 862-2200  
Email: mslade@kirkland.com