UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[2] | Case No. 23-cv-2171 |
| | 22-bk-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF MICHAEL B. SLADE**

The motion of Richard U.S. Howell for admission to practice *pro hac vice* in the above captioned matter is granted. Applicant has declared that he is a member in good standing of the bars of the State of Illinois and State of Texas; and that his contact information is as follows:

Michael B. Slade
Kirkland & Ellis LLP
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 862-2200
Fascimile: (312) 862-2200
Email:     mslade@kirkland.com

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                        _____
                                                                                          U.S.D.C.J.