UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 23-cv-2171<br>22-bk-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**DECLARATION OF ALLYSON B. SMITH
IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***

I, Allyson B. Smith, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP, and I submit this Declaration in Support of my application for admission pro hac vice to this Court for all purposes in connection with this action.

2. As shown in the Certificate of Good standing annexed hereto as **Exhibit A**, I am a member in good standing of the bar of the State of New York, and have been a member of said bar since 2017.

3. I have never been convicted of a felony.

4. I have never been held in contempt by any court, nor have I been censured, suspended, disbarred or denied admission or readmission by any court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

5. I am not the subject of any present or past disciplinary proceedings in this or any other court.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                          Respectfully submitted,

March 20, 2023                                    */s/ Allyson B. Smith*
New York, New York                       **KIRKLAND & ELLIS LLP**
                                            Allyson B. Smith (*pro hac vice* pending)
                                            601 Lexington Avenue
                                            New York, New York, 10022
                                            Telephone:   (212) 446-4800
                                            Fascimile:    (212) 446-4900
                                            Email:          allyson.smith@kirkland.com