UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                    Debtors. | |
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Appellants,<br><br>-v.-<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                    Appellees. | 23 Civ. 02171 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court will hold oral argument on Appellants' emergency motion for a stay (ECF No. 3) on March 24, 2023 at 2:30 p.m. ET.  Argument will be conducted via Microsoft Teams.  Appellants, Appellees, and the Intervenor will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 294 706 676#.

    SO ORDERED.

Dated: March 21, 2023
       New York, New York

*[signature]*
JENNIFER H. REARDEN
United States District Judge