UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | Case No. 1:23-cv-02171 (JHR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Darren Azman of McDermott Will & Emery LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Intervenor Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.

Dated: New York, New York
March 21, 2023

McDERMOTT WILL & EMERY LLP

By: */s/ Darren Azman*
 Darren Azman
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5615
E-mail: dazman@mwe.com

*Attorneys for Intervenor Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.*