UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,

Debtors.

Case No. 1:23-cv-02171 (JHR)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Joseph B. Evans of McDermott Will & Emery LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Intervenor Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.

Dated: New York, New York
   March 21, 2023

McDERMOTT WILL & EMERY LLP

By:  */s/ Joseph B. Evans*
   Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5767
E-mail: jbevans@mwe.com

*Attorneys for Intervenor Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.*