AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-2171-JHR |
| Voyager Digital Holdings, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William K. Harrington, United Trustee for Region 2                                                                    .

Date:      03/22/2023

/s/ Beth A. Levene
*Attorney's signature*

Beth A. Levene (DC Bar No. 459344)
*Printed name and bar number*

Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
*Address*

beth.a.levene@usdoj.gov
*E-mail address*

(202) 514-0011
*Telephone number*

(202) 307-2397
*FAX number*