UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                                    Debtors. | |
| UNITED STATES OF AMERICA, *et al.*,<br><br>                                    Appellants,<br><br>                    -v.-<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                                    Appellees. | 23 Civ. 02171 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    A status conference is scheduled in this matter for March 23, 2023 at 9:00 p.m. ET. The conference will be held via Microsoft Teams. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 696 059 764#.

    SO ORDERED.

Dated: March 23, 2023
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge