UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | | |
|---|---|---|---|
| In re | : | | |
| | : | | |
| VOYAGER DIGITAL HOLDINGS, *et al.*,[1] | : | Case No. 22-10943 (MEW) | |
| | : | | |
| Debtors. | : | Jointly Administered | |
| | : | | |

In re : Chapter 11

---------------------------------------------------------- x

## APPELLANTS UNITED STATES OF AMERICA'S AND UNITED STATES TRUSTEE'S STATEMENT OF THE ISSUES AND DESIGNATION OF ITEMS FOR RECORD ON APPEAL OF CONFIRMATION ORDER

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), the United States of America (the "United States")[2], by its attorney Damian Williams, United States Attorney for the Southern District of New York, and William K. Harrington, United States Trustee for Region 2 (the "U.S. Trustee" and together with the United States, the "Government"), by and through undersigned counsel, hereby submit the statement of the issues presented and designation of items to be included in the record on appeal. *See* Notice of Appeal, ECF Docket No. 1165; Amended Notice of Appeal, ECF Docket No. 1216.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan").

**Issues on Appeal**

The Government hereby identifies the following issues to be presented on appeal:

1. Whether the Exculpation Provision contained in the Plan confirmed by the bankruptcy court is lawful.

2. Whether the bankruptcy court had statutory or constitutional authority to enter an order which directs the exculpation of parties from civil and criminal liability for conduct already taken or for conduct that may occur in the future.

3. Whether the bankruptcy court's confirmation of the Voyager Plan was consistent with the Constitution, the Bankruptcy Code and applicable law, although it will effectively deprive the United States of the ability to fulfill its responsibility to enforce the law and protect the public interest.

4. Whether the bankruptcy court had statutory or constitutional authority (i) to require the Government to affirmatively demonstrate prior to confirmation that one or more proposed transactions were illegal, and (ii) if the Government was unable to so demonstrate, to then prospectively release parties from statutory and other liability to the Government for the implementation of those transactions.

5. Whether the bankruptcy court had the statutory and constitutional authority to exculpate parties that are not bankruptcy estate fiduciaries or parties that may not even come into existence until after the Voyager Plan's effective date, for post-effective date actions, including but not limited to criminal conduct.

## Items to be Included in the Record on Appeal

In re Voyager Digital Holdings, Inc., *et al*., Bankr. No. 22-10943 (MEW)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report |
| 1 | Voluntary Petition |
| 14 | Amended Voluntary Petition |
| 15 | Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions |
| 16 | Declaration of Jared Dermont Regarding the Debtors' Marketing Process and in Support of the Debtors' Chapter 11 Petitions and First Day Motions |
| 17 | Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 18 | Order Directing Joint Administration of Chapter 11 Cases |
| 61 | Transcript regarding Hearing Held on 07/08/2022 At 11:00 AM RE: Hearing On First Day Motions |
| 98 | Motion to Set Last Day to File Proofs of Claim /Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof |
| 102 | Appointment of Official Creditors' Committee Filed by Richard C. Morrissey on behalf of United States Trustee |
| 106 | Amended Appointment of Official Creditors' Committee Filed by Richard C. Morrissey on behalf of United States Trustee |
| 126 | Motion to Approve /Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief |
| 151 | Declaration of Jared Dermont in Support of the Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement and Plan Confirmation, and (III) Granting Related Relief |
| 159 | Objection to Motion Limited Objection to Debtors Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines; (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief |

| 160 | Objection to Motion Limited Objection to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief |
|---|---|
| 215 | Response /Debtors' Omnibus Reply to Objections to Bidding Procedures Motion and FBO Motion |
| 216 | Declaration of Jared Dermont in Support of the Debtors' Omnibus Reply to Objections to Bidding Procedures Motion and FBO Motion |
| 218 | Order Signed on 8/3/2022 Setting Deadlines for Submitting Proofs of Claim |
| 248 | Order Signed on 8/5/2022 Approving the Bidding Procedures, Scheduling the Bid Deadlines and the Auction, Approving the Form and Manner of Notice Thereof, Scheduling Hearings and Objection Deadlines With Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation and Granting Related Relief |
| 287 | First Amended Plan /Notice of Filing of First Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 288 | Disclosure Statement Relating to the First Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 289 | Motion to Approve /Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 311 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital Holdings, Inc. |
| 312 | Statement of Financial Affairs - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital Holdings, Inc. |
| 321 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital Holdings, Inc. |
| 328 | Statement / Notice of Filing Revised Bidding Procedures |
| 429 | Schedules filed:, Schedule E/F - Non-Individual, Schedule G - Non-Individual /Amended Schedules of Assets and Liabilities of Voyager Digital Holdings, Inc. (Case No. 22-10943) Filed by Joshua Sussberg on behalf of Voyager Digital Holdings, Inc. |
| 430 | Amended Statement of Financial Affairs - Non-Individual /Amended Statement of Financial Affairs of Voyager Digital Holdings, Inc. |

| 457 | Statement / Notice of Successful Bidder |
|---|---|
| 459 | Affidavit of Service re: Notice of Deadline Requiring Submission of Proofs of Claim on or Before October 3, 2022, and Related Procedures for Submitting Proofs of Claim in the Above-Captioned Chapter 11 Cases |
| 472 | Motion to Authorize /Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Asset Purchase Agreement and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Voyager Digital Holdings, Inc. |
| 476 | Declaration of Brian Tichenor in Support of the Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Asset Purchase Agreement, and (II) Granting Related Relief |
| 496 | Second Amended Plan /Notice of Filing of Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 498 | First Amended Disclosure Statement / First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 507 | Objection to Motion for Entry of an Order (I) Authorizing Entry Into the Asset Purchase Agreement and (II) Granting Related Relief |
| 512 | Supplemental Objection to Motion / Supplemental Objection of Pierce Robertson to First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 521 | Objection To Second Amended Joint Plan of Voyager Digital Holdings, Inc. and First Amended Disclosure Statement |
| 523 | Objection to Motion (Limited Objection of the Ad Hoc Group of Equity Holders to Debtor's Motion for Entry of an Order (i) Authorizing Entry into the Asset Purchase Agreement and (ii) Granting Related Relief) |
| 524 | Objection of the Ad Hoc Group of Equity Holders to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto) |
| 525 | Declaration of Matthew Dundon in Support of the Objection of the Ad Hoc Group of Equity Holders to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 526 | Statement // Notice of Filing of Redacted Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Amended Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 530 | Objection to Motion /Objection of the United States Trustee to First Amended Disclosure Statement Relating to Second Amended Joint Plan of Reorganization |

| | of Voyager Digital Holdings, Inc., and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
|---|---|
| 535 | Objection to Motion Limited Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Asset Purchase Agreement and (II) Granting Related Relief |
| 536 | Declaration Declaration in support of Texas State Securities Board's and Texas Department of Banking's Limited Objection to the Debtors Motion for Entry of an Order |
| 539 | Second Amended Plan Notice of Filing of Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 540 | First Amended Disclosure Statement /Notice of Filing of First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 546 | Statement /Notice of Filing of Exhibits to the Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 547 | Statement /Notice of Filing of Exhibits to the First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 548 | Statement /Notice of Filing of First Amendment to Asset Purchase Agreement |
| 553 | Document Under Seal Per Court Order. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Amended Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 558 | Response /Debtors' Omnibus Reply to Objections to APA Motion |
| 559 | Response /Debtors' Omnibus Reply to Objections to the Disclosure Statement Motion |
| 560 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Authorizing Entry into the Asset Purchase Agreement and (II) Granting Related Relief |
| 563 | Notice of Proposed Order /Notice of Filing of the Revised Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 564 | Second Amended Plan /Notice of Filing of Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |

| 565 | First Amended Disclosure Statement /Notice of Filing of First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
|---|---|
| 566 | Statement // Notice of Filing of Letter of the Official Committee of Unsecured Creditors in Support of Joint Chapter 11 Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates |
| 567 | Statement of the Official Committee of Unsecured Creditors in Response to Objection of the Ad Hoc Group of Equity Holders to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 568 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Authorizing Entry into the Asset Purchase Agreement and (II) Granting Related Relief |
| 581 | Order Signed on 10/20/2022 Authorizing Entry into the Asset Purchase Agreement and Granting Related Relief |
| 582 | Statement / Notice of Filing of First Amendment to Asset Purchase Agreement |
| 584 | Second Amended Plan / Notice of Filing of Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 585 | First Amended Disclosure Statement / Notice of Filing of First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 586 | Order Signed on 10/21/2022 Approving the Adequacy of the Disclosure Statement, the Solicitation and Notice Procedures, the Forms of Ballots and Notices in Connection Therewith, and Certain Dates with Respect Thereto |
| 590 | Second Amended Plan /Notice of Filing of Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 591 | First Amended Disclosure Statement/Notice of Filing of First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 592 | Statement /Notice of Filing of Exhibits to the Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 604 | Stipulation and Agreed Order Extending Time to Take Action, to the Extent Necessary, to Determine the Nondischargeability of a Debt Owing to a Governmental Unit Pursuant to 11 U.S.C. § 1141(D)(6) |
| 646 | Statement / Notice of Deadlines Related to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |

| | |
|---|---|
| 717 | Stipulation / Joint Stipulation and Agreed Order Between the Debtors and FTX US |
| 748 | Statement /Notice of Successful Bidder |
| 775 | Motion to Authorize / Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief |
| 777 | Third Amended Plan / Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 778 | Second Amended Disclosure Statement / Notice of Filing of Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 779 | Motion to Approve / Notice of Debtors' Motion for Entry of an Order (I) Scheduling A Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief |
| 797 | Statement Notice of the United States of America Concerning the Review of Certain Transactions by the Committee on Foreign Investment in the United States filed by Jean-David Barnea on behalf of United States of America |
| 807 | Objection to Motion Limited Objection and Reservation of Rights of the U.S. Securities and Exchange Commission to Debtors' Motions (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement |
| 808 | Response to Motion The New Jersey Bureau of Securities Response and Reservation of Rights to 1) Debtors Motion for Entry of an Order (I) Authorizing Entry into the Binance.US Purchase Agreement and (II) Granting Related Relief [Doc. No. 775], and 2) Debtors Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief [Doc. No. 779] |
| 809 | Objection to Motion to Approve the Adequacy of Debtors' Second Amended Disclosure Statement |
| 810 | Objection to Motion for Entry of an Order Authorizing Binance US Asset Purchase Agreement |
| 811 | Objection to Motion /Objection of the United States Trustee to Debtors' Motions (A) (I) Authorizing Entry into the Binance.US Purchase Agreement and (II) Granting Related Relief [Doc. No. 775], and (B) (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots |

| | |
|---|---|
| | and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief |
| 812 | Objection to Motion / Limited Objection of New York State Department of Financial Services to Debtors' Motion to Authorize Entry into Binance US Purchase Agreement |
| 813 | Objection to Motion of Debtors for Entry of an Order filed by Brian D. Glueckstein on behalf of Alameda Research LLC |
| 814 | Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Second Amended Disclosure Statement |
| 815 | Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Motion for Entry of an Order |
| 817 | Declaration Supplemental Declaration to the Texas State Securities Board and the Texas Department of Banking's Objection to Debtors' Second Amended Disclosure Statement and Objection to Debtors' Motion for Entry of an Order |
| 829 | Amended Plan /Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 830 | Amended Disclosure Statement /Notice of Filing of Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 831 | Response /Debtors' Omnibus Reply to Objections to APA Motion |
| 832 | Response /Debtors' Omnibus Reply to Objections to the Disclosure Statement Motion |
| 833 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Authorizing Entry into the Asset Purchase Agreement and (II) Granting Related Relief |
| 834 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Scheduling a Combined Disclosure Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections |
| 835 | Statement /Notice of Filing of First Amendment to Asset Purchase Agreement |
| 836 | Declaration of Brian Tichenor in Support of the Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement, and (II) Granting Related Relief |
| 837 | Statement of the Official Committee of Unsecured Creditors in Support of (A) Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief; and (B) Submission of the Committee's Solicitation Letter in Support of the Debtors' Third Amended Joint Plan |
| 850 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Authorizing Entry into the Asset Purchase Agreement and (II) Granting Related Relief |

| 851 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, and (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections |
|---|---|
| 852 | Amended Plan /Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 853 | Amended Disclosure Statement /Notice of Filing of Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 860 | Order signed on 1/13/2023 Granting Motion (I) Authorizing Entry Into the Binance US Purchase Agreement and (II) Granting Related Relief |
| 861 | Order signed on 1/13/2023 Granting Motion (I) Scheduling A Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections |
| 863 | Amended Disclosure Statement /Notice of Filing of Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) |
| 864 | Transcript regarding Hearing Held on 1/10/2023 at 2:03pm RE: Motion Authorizing entry into the Binance.US purchase agreement, and granting related relief; et al. |
| 943 | Statement / Notice of Filing of Plan Supplement |
| 977 | Statement // Notice of Filing of Unredacted Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Amended Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |
| 986 | Statement /Notice of Filing of First Amended Plan Supplement |
| 1006 | Statement / Notice of Filing of Second Amended Plan Supplement |
| 1035 | Statement / Notice of Filing of Third Amended Plan Supplement |
| 1042 | Objection to Confirmation of Plan (Related Document(s) [863]) filed by Katherine Johnson on behalf of Federal Trade Commission. |
| 1047 | Objection to Confirmation of Plan (Related Document(s) [863]) filed by Therese Scheuer on behalf of U.S. Securities and Exchange Commission. |

| 1050 | Objection of the Ad Hoc Group of Equity Holders to Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| --- | --- |
| 1051 | Objection of the New York State Department of Financial Services to the Debtors' Plan |
| 1052 | Objection to Confirmation of Amended Plan Joinder to Objection of the New York Department of Financial Services filed by Tatyana Trakht on behalf of New York State Office of Attorney General |
| 1078 | Objection to Confirmation of Plan filed by Phillip Andrew Raymond on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK |
| 1085 | Objection to Motion /Objection of the United States Trustee to Final Approval of Second Amended Disclosure Statement and to Confirmation of Third Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1086 | Objection to Motion for Final Approval of DS and Confirmation of Plan filed by Abigail Ryan on behalf of Texas Department of Banking, Texas State Securities Board |
| 1087 | Objection to Motion to confirm Disclosure Statement and Plan filed by Jeffrey Bernstein on behalf of New Jersey Bureau of Securities |
| 1097 | Opposition (Supplemental Objection of the Ad Hoc Group of Equity Holders to Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code) |
| 1108 | Certification of Ballots / Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1109 | Statement of the Official Committee of Unsecured Creditors in Support of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1110 | Memorandum of Law / Debtors' Memorandum of Law in Support of (I) Final Approval of the Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (II) an Order Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1111 | Declaration of Timothy R. Pohl, Independent Director and Member of the Special Committee of the Board of Directors of Voyager Digital, LLC, in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1113 | Declaration of Brian Tichenor in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1115 | Statement /Notice of Filing of Fourth Amended Plan Supplement |

| 1116 | Statement / Reservation of Rights by Voyager Digital Ltd., at the Direction of its Independent Director, Regarding Objections Filed by Ad Hoc Group of Equity Holders |
| 1117 | Amended Plan /Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1118 | Declaration of Mark A. Renzi in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1119 | Declaration of Mark A. Renzi in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1120 | Notice of Proposed Order / Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1123 | Amended Schedules filed:, Schedule E/F - Non-Individual /Notice of Filing Amended Schedule F and Supplemental Deadline to Submit Proofs of Claim |
| 1125 | Third Amended Plan / Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1126 | Statement / Notice of Filing of First Amendment to Asset Purchase Agreement |
| 1127 | Certification of Ballots / Amended Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1130 | Amended Notice of Proposed Order / Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1132 | Objection to Motion Revised Order Confirming the Third Amended Joint Plan filed by Jean-David Barnea on behalf of United States Of America |
| 1134 | Letter Joinder to U.S. Department of Justice's Objection to Proposed Confirmation Order (related document(s)[1132]) Filed by Jeffrey Bernstein on behalf of New Jersey Bureau of Securities |
| 1135 | Letter FTC's Joinder and Objection to Debtors' Notice of Proposed Confirmation Order (related document(s)[1130], [1132]) Filed by Katherine Johnson on behalf of Federal Trade Commission |
| 1136 | Letter (Related Document(s) [1130], [1086]) Filed by Abigail Ryan on behalf of Texas Department of Banking, Texas State Securities Board |
| 1138 | Amended Plan /Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |

| 1139 | Declaration /Supplemental Declaration of Mark A. Renzi in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
|---|---|
| 1140 | Notice of Proposed Order /Notice of Filing of the Revised Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1141 | Supplemental Objection to Confirmation of Amended Plan (Related Document(s) [1130], [1138], [1140]) filed by William Matthew Uptegrove on behalf of U.S. Securities and Exchange Commission |
| 1143 | Statement / Notice of Filing of Fifth Amended Plan Supplement |
| 1144 | Objection to Confirmation of Amended Plan |
| 1149 | Statement /Notice of Filing of Revised Fifth Amended Plan Supplement |
| 1150 | Supplemental Objection to Confirmation of Plan regarding the 14-day stay of Rule 3020(e) (related document(s)[863]) filed by Peter M. Aronoff on behalf of United States Of America |
| 1157 | Order Signed on 3/8/2023 Approving the Second Amended Disclosure Statement and Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1159 | Amended Order signed on 3/8/2023 approving the second amended disclosure statement and confirming the third amended joint plan of Voyager Digital Holdings, Inc. and its Debtor affiliates pursuant to Chapter 11 of the Bankruptcy Code |
| 1161 | Statement /Notice of Filing of Sixth Amended Plan Supplement |
| 1165 | Notice of Appeal of United States and U.S. Trustee Region 2 of order confirming debtors' chapter 11 plan filed by Peter M. Aronoff on behalf of United States Of America, United States Trustee |
| 1166 | Corrected and Amended Order signed on 3/10/2023 approving the second amended disclosure statement and confirming the third amended joint plan of Voyager Digital Holdings, Inc. and its Debtor affiliates pursuant to Chapter 11 of the Bankruptcy Code |
| 1169 | Order Signed on 3/11/2023 Extending the Stay of the Confirmation Order |
| 1170 | Decision Signed on 3/11/2023 Regarding Approval of the Debtors' Disclosure Statement, Confirmation of the Debtors' Plan of Reorganization, Motions Seeking the Appointment of a Trustee, Motions Requesting Full Customer Access to Account Holdings, and Related Matters |
| 1171 | Order Signed on 3/11/2023 Denying Certain Motions |

| XXXX | Transcript Regarding Hearing Held on 3/2/2023 at 9:58am Re: Confirmation |
|------|--------------------------------------------------------------------------|
| XXXX | Transcript Regarding Hearing Held on 3/3/2023 at 10:00am Re: Confirmation |
| XXXX | Transcript Regarding Hearing Held on 3/6/2023 at 10:13am Re: Confirmation |
| 1172 | Transcript Regarding Hearing Held on 3/7/2023 at 2:10pm Re: Court Reading Decision Into the Record |
| 1173 | Errata Order Signed on 3/14/2023 for Decision Regarding Approval of the Debtors' Disclosure Statement, Confirmation of the Debtors' Plan of Reorganization, Motions Seeking the Appointment of a Trustee, Motions Requesting Full Customer Access to Account Holdings, and Related Matters |
| 1179 | Civil Cover Sheet from U.S. District Court, Case Number: 23-cv-2171 Judge Jennifer H. Rearden |
| 1181 | Motion for Stay Pending Appeal Notice of Motion filed by Lawrence Fogelman on behalf of United States Of America |
| 1182 | Motion for Stay Pending Appeal Memorandum of Law filed by Lawrence Fogelman on behalf of United States Of America |
| 1186 | Memorandum of Law /Debtors' Memorandum of Law in Opposition to the Government's Motion to Stay |
| 1187 | Opposition of the Official Committee of Unsecured Creditors to Motion for Stay Pending Appeal |
| 1188 | Order signed on 3/15/2023 extending the stay of the confirmation order |
| 1190 | Decision and Order signed on 3/15/2023 denying the Government's motion for a stay of the confirmation order pending appeal |
| 1196 | Transcript regarding Hearing Held on 03/14/2023 At 11:02 AM RE: Conference To Discuss Scheduling Of Possible Motion For A Stay Pending Appeal |
| 1197 | Transcript regarding Hearing Held on 03/15/2023 At 2:03 PM RE: Motion For Stay Pending Appeal |
| 1216 | Amended Notice of Appeal |
| JX-25[3] | Letter from Congress |

---

[3] Items designated as "JX-____" are documents included in the parties' joint trial exhibits for the confirmation hearing. These items have not been filed on the docket of these proceedings. Due to the collective size of the documents and because certain of the documents are subject to protective orders, pursuant to Local Bankruptcy Rule 8009-1(b), the Government will maintain custody of the trial exhibits it has designated and assume responsibility for transporting them to the appellate court.

In re Voyager Digital Ltd, Bankr. No. 22-10944 (MEW)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report |
| 1 | Voluntary Petition |
| 3 | Amended Voluntary Petition |
| 6 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital Ltd. |
| 8 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital Ltd. |
| 9 | Schedules filed:, Schedule E/F - Non-Individual, Schedule G - Non-Individual /Amended Schedules of Assets and Liabilities of Voyager Digital Ltd. (Case No. 22-10944) Filed by Joshua Sussberg on behalf of Voyager Digital Ltd. |

In re Voyager Digital LLC, Bankr. No. 22-10945 (MEW)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report |
| 1 | Voluntary Petition |
| 3 | Amended Voluntary Petition |
| 7 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital, LLC |
| 9 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual Filed by Joshua Sussberg on behalf of Voyager Digital, LLC |
| 10 | Schedules filed:, Schedule E/F - Non-Individual, Schedule G - Non-Individual /Amended Schedules of Assets and Liabilities of Voyager Digital, LLC (Case No. 22-10945) Filed by Joshua Sussberg on behalf of Voyager Digital, LLC |
| 18 | Amended Schedules filed:, Schedule E/F - Non-Individual /Second Amended Schedules of Assets and Liabilities of Voyager Digital, LLC (Case No. 22-10945) Filed by Joshua Sussberg on behalf of Voyager Digital, LLC |

| 25 | Amended Schedules filed:, Schedule E/F - Non-Individual /Notice of Filing Amended Schedule F and Supplemental Deadline to Submit Proofs of Claim Filed by Joshua Sussberg on behalf of Voyager Digital, LLC |
| --- | --- |

Dated: March 23, 2023
        New York, New York

Respectfully Submitted,

DAMIAN WILLIAMS

United States Attorney
Southern District of New York

By:  /s/ Lawrence H. Fogelman
LAWRENCE H. FOGELMAN
JEAN-DAVID BARNEA
PETER ARONOFF
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2800
Lawrence.Fogelman@usdoj.gov
Jean-David.Barnea@usdoj.gov
Peter.Aronoff@usdoj.gov

Respectfully Submitted,

WILLIAM K. HARRINGTON
United States Trustee, Region 2

By: /s/ Linda A. Riffkin

LINDA A. RIFFKIN
Assistant United States Trustee

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
BETH A. LEVENE
SUMI K. SAKATA
WENDY COX
Trial Attorneys

WILLIAM K. HARRINGTON
United States Trustee, Region 2
LINDA A. RIFFKIN
Assistant United States Trustee
RICHARD C. MORRISSEY
MARK BRUH
Trial Attorneys

Department of Justice
Executive Office for United States
Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530
(202) 307-1399

Department of Justice
Office of the United States Trustee
NY Office
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
(212) 510-0500

17