Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Michael B. Slade (admitted *pro hac vice*)
Richard U.S. Howell, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 23-cv-2171 |
| | ) | 22-bk-10943 (MEW) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**DEBTORS' EMERGENCY NOTICE OF APPEAL**

Voyager Digital Holdings, Inc. and its affiliated Debtors hereby appeal on an emergency basis to the United States Court of Appeals for the Second Circuit from this Court's March 27, 2023 Order (Dkt. 45) granting the United States' Emergency Motion for a Stay Pending Appeal and from this Court's March 31, 2023 written Opinion (Dkt. 51) issued in conjunction with the March 27 Order.

Debtors intend to imminently file an emergency motion with the Second Circuit to vacate the Court's Order and Opinion.  Debtors therefore respectfully request that the Clerk expedite the processing of this Notice of Appeal and the transmittal of the record and all necessary materials to the Second Circuit.

| | |
|---|---|
| Dated:  April 1, 2023<br>New York, New York | */s/ Richard U.S. Howell*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br>                    cmarcus@kirkland.com<br>                    christine.okike@kirkland.com<br>                    allyson.smith@kirkland.com<br><br>Michael B. Slade (admitted *pro hac vice*)<br>Richard U.S. Howell, P.C. (admitted *pro hac vice*)<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Telephone:   (312) 862-2000<br>Fascimile:    (312) 862-2200<br>Email:          mslade@kirkland.com<br>                    rhowell@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

2