**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: VOYAGER DIGITAL HOLDINGS, INC., *et al.*, <br><br> *Debtors.* <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Appellants*, <br><br> v. <br><br> VOYAGER DIGITAL HOLDINGS, INC., *et al.*, <br><br> *Appellees*. | No. 23 Civ. 02171 (JHR) |

## EMERGENCY NOTICE OF APPEAL

Notice is hereby given that the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., appeals to the United States Court of Appeals for the Second Circuit from this Court's March 27, 2023 order granting a stay pending appeal (Dkt. 45), from the Court's March 31, 2023 written opinion (Dkt. 51), from the Court's April 1, 2023 corrected written opinion (Dkt. 53), and from any and all other orders and decisions that merge therein.

Dated    April 1, 2023
           New York, New York

**MCDERMOTT WILL & EMERY LLP**

*/s/ Darren Azman*
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
E-mail: jbevans@mwe.com

*Counsel to the Official Committee of
Unsecured Creditors*