23-cv-02171

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE VOYAGER DIGITAL HOLDINGS, INC., et al., Debtors

UNITED STATES OF AMERICA, ET AL., Appellants,

v.

VOYAGER DIGITAL HOLDINGS, INC., ET AL., Appellees.

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## APPELLANTS' APPENDIX

| | |
|---|---|
| DAMIAN WILLIAMS | RAMONA D. ELLIOTT |
| United States Attorney for the | Deputy Director/General Counsel |
| Southern District of New York | P. MATTHEW SUTKO |
| | Associate General Counsel |
| LAWRENCE H. FOGELMAN | BETH A. LEVENE |
| JEAN-DAVID BARNEA | ANDREW BEYER |
| PETER ARONOFF | FREDERICK GASTON HALL |
| Assistant United States Attorneys | Trial Attorneys |
| | |
| United States Attorney's Office | Department of Justice |
| Southern District of New York | Executive Office for United States Trustees |
| 86 Chambers Street, Third Floor | 441 G Street, N.W., Suite 6150 |
| New York, NY 10007 | Washington, DC 20530 |

WILLIAM K. HARRINGTON
United States Trustee, Region 2
LINDA A. RIFFKIN
Assistant United States Trustee

Department of Justice
Office of the United States Trustee
One Bowling Green
New York, NY 10004

## TABLE OF CONTENTS

| Document | Date | Bankr. Dkt. No. | ER Page(s) |
|---|---|---|---|
| Docket Sheet for *In re Voyager Digital Holdings, Inc.*, No. 22-10943-mew (Bankr. S.D.N.Y.) | | | 1-167 |
| Notice of Filing of First Amendment to Asset Purchase Agreement | 1/9/2023 | Dkt. 835 | 168-280 |
| Notice of Filing of Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 1/13/2023 | Dkt. 863 | 281-700 |
| Objection of the United States Trustee to Second Amended Disclosure Statement and Confirmation of Third Amended Joint Plan | 2/24/2023 | Dkt. 1085 | 701-722 |
| Debtors' Memorandum of Law in Support of Second Amended Disclosure Statement and Third Amended Joint Plan | 2/28/2023 | Dkt. 1110 | 723-857 |
| Letter Objection of United States of America to Revised Order Confirming the Third Amended Joint Plan | 3/2/2023 | Dkt. 1132 | 858-859 |
| Objection of the United States of America to Confirmation of Amended Plan | 3/6/2023 | Dkt. 1144 | 860-893 |

| Document | Date | Bankr. Dkt. No. | ER Page(s) |
|---|---|---|---|
| Excerpts of March 7, 2023 Hearing Transcript, pp 19-35 (Confirmation Day 4) (Full transcript filed on this Court's Docket as Exhibit D to Dkt. 5) | 3/7/2023 | Dkt. 1172 | 894-914 |
| Notice of Appeal | 3/9/2023 | Dkt. 1165 | 915-1049 |
| Corrected and Amended Confirmation Order | 3/10/2023 | Dkt. 1166 | 1050-1104 |
| Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 3/10/2023 | Dkt. 1166-1 | 1105-1178 |
| Confirmation Decision | 3/11/2023 | Dkt. 1170 | 1179-1228 |
| Decision and Order Denying the Government's Motion for a Stay of the Confirmation Order Pending Appeal | 3/15/2023 | Dkt. 1190 | 1229-1246 |
| Amended Notice of Appeal | 3/22/2023 | Dkt. 1216 | 1247-1250 |