**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                Debtors. | Chapter 11<br>Case No. 22-10943 (MEW)<br>(Jointly Administered)<br><br>**AMENDED NOTICE OF APPEAL** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   <u>   United States of America; United States Trustee for Region 2   </u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☒ Trustee (U.S. Trustee, Region 2)
   ☒ Other: United States of America

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>The United States of America and United States Trustee for Region 2 appeal to the United States District Court for the Southern District of New York from the Court's amended order confirming the Debtors' chapter 11 plan (ECF No. 1159), by the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York; and a subsequent corrected and amended order (ECF No. 1166). Both orders are attached. The Government's appeal from the amended order (ECF No. 1159) has already been docketed in the District Court as *In Re: Voyager Digital Holdings, Inc*, No. 23 Civ. 2171 (JHR).</u>

2. State the date on which the judgment, order, or decree was entered: <u>  March 8, 2023 (ECF No. 1159) and March 10, 2023 (ECF No. 1166)</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Plaintiffs-Appellants | Counsel for Plaintiffs-Appellants |
|---|---|
| United States of America<br><br>United States Trustee, Region 2 | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br>By:  LAWRENCE H. FOGELMAN<br>JEAN-DAVID BARNEA<br>PETER ARONOFF<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.:  (212) 637-2800<br>E-mail:  Lawrence.Fogelman@usdoj.gov<br>Jean-David.Barnea@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br><br><br>WILLIAM K. HARRINGTON<br>United States Trustee, Region 2<br>LINDA A. RIFFKIN<br>Assistant United States Trustee<br>RICHARD C. MORRISSEY<br>MARK BRUH<br>Trial Attorneys<br><br>U.S. Department of Justice<br>Office of the United States Trustee – NY Office<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, New York 10004-1408<br>(212) 510-0500 |

| Defendants-Appellees | Counsel for Defendants-Appellees |
|---|---|
| Voyager Digital Holdings, Inc.; Voyager Digital Ltd.; and Voyager Digital, LLC | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted pro hac vice)<br><br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |

Dated: March 22, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　By:　　 */s/ Peter Aronoff*
　　　　　　　　　　　　　　　　　LAWRENCE H. FOGELMAN
　　　　　　　　　　　　　　　　　JEAN-DAVID BARNEA
　　　　　　　　　　　　　　　　　PETER ARONOFF
　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　86 Chambers Street, 3rd Floor
　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　Tel.:　(212) 637-2800
　　　　　　　　　　　　　　　　　E-mail:
　　　　　　　　　　　　　　　　　Lawrence.Fogelman@usdoj.gov
　　　　　　　　　　　　　　　　　Jean-David.Barnea@usdoj.gov
　　　　　　　　　　　　　　　　　Peter.Aronoff@usdoj.gov

By:    */s/ Linda A. Riffkin*
        WILLIAM K. HARRINGTON
        United States Trustee, Region 2
        LINDA A. RIFFKIN
        Assistant United States Trustee
        RICHARD C. MORRISSEY
        MARK BRUH
        Trial Attorneys

        U.S. Department of Justice
        Office of the United States Trustee –
        NY Office
        Alexander Hamilton Custom House
        One Bowling Green, Room 534
        New York, New York 10004-1408
        Tel.: (212) 510-0500