Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
Lamina Bowen
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael B. Slade (admitted *pro hac vice*)
Richard U.S. Howell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 23-cv-2171<br>22-bk-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) ) ) ) ) | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS**
**FOR RECORD ON APPEAL OF CONFIRMATION ORDER**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

1

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC (collectively "Debtors") by and through their undersigned counsel, hereby submit the foregoing designation of additional items to be included in the record on appeal.

**Additional Items to Be Included in the Record on Appeal**

*In re Voyager Digital Holdings, Inc., et al.*, Bankr. No. 22-10943 (MEW)

| Dkt. No. | Document |
| --- | --- |
| 758 | Notice of Presentment and Opportunity for Hearing on Stipulation and Agreed Order Extending Governmental Bar Date for the US Securities and Exchange Commission |
| 926 | Affidavit of Service re: Voyager Cover Letter in Support of Plan |
| 927 | Affidavit of Service (SUPPLEMENTAL) re: Voyager Cover Letter in Support of Plan |
| 1016 | Affidavit of Service (SUPPLEMENTAL) re: Unsecured Creditors Committee Letter in Support of Plan |

| | |
|---|---|
| Dated:  April 11, 2023<br>New York, New York | /s/ Michael B. Slade<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>Lamina Bowen<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  jsussberg@kirkland.com<br>  cmarcus@kirkland.com<br>  christine.okike@kirkland.com<br>  allyson.smith@kirkland.com<br>  lamina.bowen@kirkland.com<br><br>Michael B. Slade (admitted *pro hac vice*)<br>Richard U.S. Howell, P.C. (admitted *pro hac vice*)<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  mslade@kirkland.com<br>  rhowell@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |