UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 23-cv-2171 |
| | 22-bk-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**MOTION FOR ADMISSION PRO HAC VICE OF GEORGE W. HICKS, JR.**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, George W. Hicks, Jr., hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC in the above-captioned action.

I am a member in good standing with the bar of the States of the District of Columbia and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3(c).

Respectfully submitted,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| | |
|---|---|
| April 12, 2023<br>Washington, D.C. | */s/ George W. Hicks, Jr.*<br>**KIRKLAND & ELLIS LLP**<br>George W. Hicks, Jr. (*pro hac vice* pending)<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone:   (202) 389-5000<br>Fascimile:    (202) 389-5200<br>Email:           george.hicks@kirkland.com |