UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[2] | Case No. 23-cv-2171 |
| | 22-bk-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| | ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF GEORGE W. HICKS, JR.**

The motion of George W. Hicks Jr. for admission to practice *pro hac vice* in the above captioned matter is granted. Applicant has declared that he is a member in good standing of the bars of the States of the District of Columbia and Virginia ; and that his contact information is as follows:

George W. Hicks Jr.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Fascimile:  (202) 389-5200
Email:      george.hicks@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____

U.S.D.C.J.