UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,

Debtors.

Case No. 1:23-cv-02171 (JHR)

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Paul W. Hughes of McDermott Will & Emery LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Intervenor Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.

Dated: Washington, DC
      April 14, 2023

McDERMOTT WILL & EMERY LLP

By:    /s/ Paul W. Hughes
        Paul W. Hughes, 4728325
500 North Capitol St NW
Washington, DC 20001
(202) 756-8981
E-mail: phughes@mwe.com

*Attorney for Intervenor Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.*