# EXHIBIT A

Case 1:23-cv-02171-JHR   Document 68-2   Filed 04/18/23   Page 1 of 3



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *George W Hicks Jr.*

*was duly qualified and admitted on July 7, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 11, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

George William Hicks, Jr.

was admitted to practice as an attorney and counsellor at the bar of this Court on April 19, 2017.

I further certify that so far as the records of this office are concerned, George William Hicks, Jr. is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 14th day of April
A.D. 2023

By: _____
Deputy Clerk