UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>       *Debtors.*<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>       *Appellants*,<br><br>v.<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>       *Appellees*. | No. 23-cv-2171 (JHR)<br><br>ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**JOINT STIPULATION AND ORDER**
**REGARDING THE STAY PENDING APPEAL**

This proposed joint stipulation and agreed order (this "Stipulation") is made this 19th day of April, 2023, by Voyager Digital Holdings, Inc., and the other debtors and debtors in possession in the underlying bankruptcy case (collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), and the United States of America and the United States Trustee for Region 2 (collectively, the "Government," and together with the Debtors and the Committee, the "Parties").

**Recitals**

**WHEREAS,** on March 8, 2023 (as amended on March 10, 2023), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor*

*Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Bankr. Ct. No. 22-10943 (MEW), Dkt. No. 1166] (the "Confirmation Order"), which modified and approved the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Bankr. Ct. Dkt. No. 1166-1] (the "Plan");

**WHEREAS,** the Plan and Confirmation Order contain provisions providing "exculpation" to the Debtors, members of the Committee, and certain other persons and entities, *see* Plan § I.A.77, as amended by Confirmation Order at 9, from various liabilities and potential liabilities and causes of action, *see* Plan § VIII.C, as amended by Confirmation Order at 7-8; *see also* Plan § IV.H.11 (separately exculpating the Wind-Down Debtor Parties, as defined in the Plan), and carved out such exculpated conduct from provisions applicable to the Government and its agencies, *see* Confirmation Order ¶¶ 101-02, 106 (all provisions cited in this paragraph, collectively, the "Exculpation Provisions");

**WHEREAS,** the Government has appealed the Confirmation Order to this Court, arguing that the Bankruptcy Court lacked the authority to approve the Exculpation Provisions [Bankr. Ct. Dkt. Nos. 1165, 1216] (the "Appeal");

**WHEREAS**, on March 17, 2023, the Government filed the *Notice of Emergency Motion and Motion by Appellants United States of America, et al., for a Stay Pending Appeal* [Dkt. No. 3] in this Court, which sought a stay of the Confirmation Order pending the Appeal;

**WHEREAS**, on March 27, 2023, the Court entered an *Order Granting the Emergency Motion by Appellants United States of America, et al., for a Stay Pending Appeal* [Dkt. No. 45] and, on April 1, 2023, entered a *Corrected Memorandum and Opinion Granting the Emergency Motion by Appellants United States of America, et al., for a Stay Pending Appeal* [Dkt. No. 53] (collectively, the "Stay Order");

**WHEREAS,** the Plan and Confirmation Order contemplate certain transactions and other steps, including making certain distributions to Debtors' account holders;

**WHEREAS,** the Parties agree that these transactions may go forward while this Appeal is litigated and resolved;

**NOW THEREFORE**, it is hereby STIPULATED and AGREED between the Parties, as follows:

## STIPULATION

1. Only the Exculpation Provisions—but not the remainder of the Plan or the Confirmation Order—shall be stayed pending this Appeal, including any further appeals from a decision of this Court.

2. The entry of this Stipulation or the consummation of any transactions or steps under the Plan and Confirmation Order do not render the Appeal (including any further appeals from a decision of this Court) equitably moot, and the Debtors and the Committee shall not argue that the entry of this Stipulation or the consummation of any transactions or other steps under the Plan or Confirmation Order render the Appeal (including any further appeals from a decision of this Court) equitably moot.

**IT IS SO ORDERED**

New York, New York
Dated: _____, 2023

                                                    _____
                                                    THE HONORABLE JENNIFER H. REARDEN
                                                    UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO THIS 19TH DAY OF APRIL, 2023:**

Dated   April 19, 2023
        New York, New York

_____
**MCDERMOTT WILL & EMERY**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
        jbevans@mwe.com

*Counsel to the Official Committee of
Unsecured Creditors*

Dated: April 19, 2023  
New York, New York

*Christine Okike*  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Joshua A. Sussberg, P.C.  
Christopher Marcus, P.C.  
Christine A. Okike, P.C.  
Allyson B. Smith (admitted *pro hac vice*)  
Lamina Bowen  
601 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900  
E-mail: jsussberg@kirkland.com  
       cmarcus@kirkland.com  
       christine.okike@kirkland.com  
       allyson.smith@kirkland.com  
       lamina.bowen@kirkland.com  

Michael B. Slade (admitted *pro hac vice*)  
Richard U.S. Howell, P.C. (admitted *pro hac vice*)  
300 N. LaSalle Drive  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  
Email: mslade@kirkland.com  
       rhowell@kirkland.com  

*Counsel to the Debtors and Debtors in Possession*

Dated: April 19, 2023
New York, New York

**DAMIAN WILLIAMS**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF NEW YORK**

By: _____
Lawrence H. Fogelman
Jean-David Barnea
Peter Aronoff
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2800
E-mail: Lawrence.Fogelman@usdoj.gov
        Jean-David.Barnea@usdoj.gov
        Peter.Aronoff@usdoj.gov


**WILLIAM K. HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By: _____
Linda A. Riffkin
Assistant United States Trustee
Richard C. Morrissey
Mark Bruh
Trial Attorneys
U.S. Department of Justice
Office of the United States Trustee – NY Office
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
Telephone: (212) 510-0500
E-mail: Linda.Riffkin@usdoj.gov
        Richard.Morrissey@usdoj.gov
        Mark.Bruh@usdoj.gov

*Counsel to the Government*