

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2023

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States et al. v. Voyager Digital Holdings et al.*, No. 23 Civ. 2171 (JHR) (Bankruptcy Appeal)

Dear Judge Rearden:

We write to respond to the letters from the debtors and the Plan Administrator discussing the Second Circuit's decision in the *Purdue Pharma* bankruptcy.

The *Purdue* decision held that "two sections of the Bankruptcy Code, 11 U.S.C. §§ 105(a), 1123(b)(6), jointly provide the statutory basis for the bankruptcy court's authority to approve a plan that includes nonconsensual releases of third-party claims against non-debtors." *In re Purdue Pharma, L.P.*, __ F.4th __, 2023 WL 3700458, at *2 (2d Cir. May 30, 2023). The *Purdue* decision did not hold that bankruptcy courts may pretermit future civil and criminal federal law enforcement actions against non-debtors. Nor did the Second Circuit hold that a bankruptcy court can exculpate non-debtors for future conduct, and as to entities not even in existence at the time of plan confirmation. Accordingly, and for the reasons set out in the government's brief, this court should strike the challenged exculpation provision.

We thank the Court for its consideration of this letter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Lawrence H. Fogelman*
LAWRENCE H. FOGELMAN
JEAN-DAVID BARNEA
PETER ARONOFF
Assistant United States Attorneys
86 Chambers Street, 3rd Floor

New York, New York 10007
Tel.: (212) 637-2800
Lawrence.Fogelman@usdoj.gov
Jean-David.Barnea@usdoj.gov
Peter.Aronoff@usdoj.gov

By: /s/ Linda A. Riffkin
WILLIAM K. HARRINGTON
United States Trustee, Region 2
LINDA A. RIFFKIN
Assistant United States Trustee
RICHARD C. MORRISSEY
MARK BRUH
Trial Attorneys
U.S. Department of Justice
Office of the United States Trustee—NY Office
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
Tel.: (212) 510-0500

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
BETH A. LEVENE
ANDREW BEYER
FREDERICK GASTON HALL
Trial Attorneys
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530

cc: All parties (by ECF)