UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: VOYAGER DIGITAL HOLDINGS, INC., *et al.*, <br><br>                    Debtors. | |
| UNITED STATES OF AMERICA, *et al.*, <br><br>                    Appellants, <br><br> -v.- <br><br> VOYAGER DIGITAL HOLDINGS, INC., *et al.*, <br><br>                    Appellees. | 23 Civ. 02171 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

      By August 31, 2023, the parties shall submit a joint letter updating the Court on the status of this matter. The letter shall include any pertinent information related to the Bankruptcy Court proceedings in Case No. 22-10943 (MEW), as well as proposed next steps.

      SO ORDERED.

Dated: August 14, 2023
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge