UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re: VOYAGER DIGITAL HOLDINGS,
INC., et al.,

        Debtors.

UNITED STATES OF AMERICA, et al.,

        Appellants,

    -v-                           No.  23-CV-2171-LTS

VOYAGER DIGITAL HOLDINGS, INC., et
al.,

        Appellees.

------------------------------------------------------x

ORDER

        The above-captioned case was transferred to the undersigned on April 28, 2025.

The parties are hereby directed to promptly meet and confer and to file a joint status update,

**within 14 days** after the entry of this Order, setting forth the following matters:

    a.  The names of counsel and current contact information.
    b.  A concise statement of the nature of this action, including the nature of the claims and the principal defenses.
    c.  A concise statement of each party's position as to the basis of this Court's jurisdiction of the action, with citations to all statutes relied upon and relevant facts as to citizenship and jurisdictional amount.
    d.  All existing scheduling orders, deadlines, due dates, cut-off dates, and scheduled future conference or argument dates.
    e.  A statement identifying and summarizing the subject matter and status of any pending appeals.
    f.  The status of settlement discussions and the prospects for settlement of the action in whole or in part, provided that the joint status update shall not disclose to the Court specific settlement offers or demands.
    g.  Whether mediation might facilitate resolution of the case.
    h.  A concise statement of all issues to be decided by the Court, including whether any motions are pending or being briefed, and a concise description

of the nature and status of any such motions, including whether the parties anticipate filing supplemental briefing or supplemental authority.

i.   If applicable, a concise statement of all material uncontested or admitted facts, as well as each party's concise statement of material disputed facts.

j.   If applicable, the status of discovery, including whether any further discovery remains and whether any discovery disputes remain.

k.   Any other information the parties believe may assist the Court in advancing the above-captioned case to settlement or trial, including whether related cases are pending in this court or in any other forum.

SO ORDERED.

Dated: New York, New York
        April 30, 2025

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
Chief United States District Judge