UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re VOYAGER DIGITAL HOLDINGS, INC., et al.,               Chapter 11
                                                            Case No. 22-10943-MEW
        Debtors,                                        (Jointly Administered)

------------------------------------------------------------------------x

UNITED STATES OF AMERICA, et al.,

        Appellants,

   -v-                                                      No. 23-CV-2171-LTS

VOYAGER DIGITAL HOLDINGS, INC., et al.,

        Appellees.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL
HOLDINGS, INC.,

        Intervenor.

------------------------------------------------------------------------x

ORDER

The June 28, 2026 date in the final paragraph of the Order at Docket Entry No. 89

is hereby amended to read **June 18, 2026**.


SO ORDERED.

Dated: New York, New York
      June 12, 2026


                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge