

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2026

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States et al. v. Voyager Digital Holdings, Inc. et al.*,
      No. 23 Civ. 2171 (LTS) (Bankruptcy Appeal)

Dear Chief Judge Swain:

   I write respectfully on behalf of all parties to this fully briefed bankruptcy appeal in response to the Court's order dated June 11, 2026 (ECF No. 89), which set oral argument for this coming Monday, June 22, 2026, at 1:30 pm.  The parties respectfully ask the Court for a short adjournment of the conference to accommodate counsel's schedules.  After consulting with Your Honor's Chambers, we understand that the Court is available on Tuesday, June 23, at 1:00 pm, and ask the Court to adjourn the oral argument to that date and time.

   We thank the Court for its consideration of this appeal.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

     By:  s/Jean-David Barnea
        JEAN-DAVID BARNEA
        LAWRENCE H. FOGELMAN
        PETER ARONOFF
        Assistant United States Attorneys
        Telephone: (212) 637-2679
        Email: Jean-David.Barnea@usdoj.gov

        LISA A. TRACY
        Deputy General Counsel
        BETH A. LEVENE
        Associate General Counsel
        SUMI SAKATA
        ANDREW W. BEYER
        Trial Attorneys

Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530

WILLIAM K. HARRINGTON
United States Trustee, Region 2
LINDA A. RIFFKIN
Assistant United States Trustee
MARK BRUH
Trial Attorneys
Department of Justice
Office of the United States Trustee
One Bowling Green
New York, NY 10004

cc: Counsel for Appellees (by ECF)

The foregoing request to adjourn to **Tuesday, June 23, at 1:00 pm** is granted.
SO ORDERED.
6/15/2026
/s/ Laura Taylor Swain, Chief USDJ