**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
In re:
VOYAGER DIGITAL HOLDINGS, INC., et al.,
Debtors.
-----------------------------------------------------------------X
UNITED STATES OF AMERICA, et al.,
Appellants,

-against-

VOYAGER DIGITAL HOLDINGS, INC., et al.
Appellees.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC. and PLAN ADMINISTRATOR MICHAEL WYSE,
Intervenors.
-----------------------------------------------------------------X

23 **CIVIL** 2171 (LTS)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2026, and the Court's Amended Opinion and Order dated August 6, 2026, While the concerns that animated the Bankruptcy Court to approve the Exculpation Provision are not baseless, the Bankruptcy Court lacked the authority to grant the prospective protection against liability and criminal responsibility it purports to establish, nor did the Bankruptcy Court have authority to constrain the future exercises of governmental prosecutorial or regulatory authority in connection with the implementation of the Confirmed Plan. Nothing in the Bankruptcy Code or the doctrine of quasi-judicial immunity empowered the Bankruptcy Court to approve the Exculpation Provision. Accordingly, the Bankruptcy Court's Confirmation Order is vacated to the extent it approved the Exculpation Provision, and the matter

is remanded for further proceedings consistent with this Opinion and Order; accordingly, the case is closed.

**Dated:** New York, New York
August 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**